


**FILED**

7/21/2021   JG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

)
**SHEDRICK BOWES NORTHERN** )
Plaintiff )
)
v. )
)
**CHICAGO POLICE DEPARTMENT** )
Defendant )

Case Number: **1:21-cv-03351**

Judge: **MR. CHARLES NORGLE**

Magistrate Judge:

I'm filing this motion to receive property that was seized from me when I was wrongfully arrested by Chicago Police department. Chicago police department put a registered gun that's registered to me in inventory when I was arrested. They never gave it back to me. Even though the case was dismissed. Chicago Police department inventoried a Glock 10 MM. Attached to this motion is the Chicago police report saying that Chicago Police Department officer Zaul Quiroz #6331 put my weapon in the inventory.

Shedrick B



Lori E. Lightfoot
Mayor

**Department of Police · City of Chicago**
3510 S. Michigan Avenue · Chicago, Illinois 60653

David O. Brown
Superintendent of Police

10/27/2020
Log No. 2020-0004837



The Bureau of Internal Affairs (BIA) has conducted a preliminary review of your complaint. The below-indicated action was taken in regard to your complaint. **If you wish to have your investigation re-opened, please submit your request in writing to BIAIntake@chicagopolice.org or via the US Postal Service at the following address: Chicago Police Department, Bureau of Internal Affairs, 3510 S. Michigan, Chicago, IL 60653. Your request will be assessed and you will be contacted as to BIA's decision. When contacting the Bureau of Internal Affairs about your complaint, please be sure to reference the log number in any communications. The log number is located above.**

## Administrative Closures

☐ The complaint was administratively closed because it involves a traffic citation, parking citation, notice of an administrative violation, summons, or an arrest and therefore, may be addressed via the judicial or administrative hearing process.

☐ The complaint was administratively closed because a preliminary investigation revealed that the accused member's actions (or actions alleged in the complaint) were in compliance with Chicago Police Department directives and its Rules and Regulations.

☐ The complaint was administratively closed because a complaint was previously filed involving the same incident.

☐ The complaint was administratively closed because you attempted to report a crime in which the accused is not a member of the Chicago Police Department. Call 911 for emergencies. For non-emergencies call 311 or report online at https://home.chicagopolice.org/services/online-crime-reporting/.

☐ The complaint was administratively closed because there is not enough information about the alleged incident in order to proceed with the investigation. If you have further information, please contact the BIA Intake Section (Monday-Friday, 8AM - 4PM) at 312.745.6328 or via email at BIAIntake@chicagopolice.org.

☐ The complaint was administratively closed because the incident has been referred to the Non-Disciplinary Intervention Program. Explanation of this program may be found in Special Order 08-01-08 at http://directives.chicagopolice.org/directives/.

☐ The complaint was administratively closed because it was addressed via the Summary Punishment Action Request System. Explanation of this system may be found in Special Order 08-01-05 at http://directives.chicagopolice.org/directives/.

☐ The complaint was administratively closed and referred to the unit commanding officer's office for informational purposes in Unit:      at Phone Number:

☐ The complaint was administratively closed because the Intake Section of the Bureau of Internal Affairs has been unsuccessful in its attempts to contact you for further information about your complaint.

Emergency and TTY: 9-1-1 · Non-Emergency and TTY: (within city limits) 3-1-1 · Non-Emergency and TTY: (outside city limits) (312) 746-6000
E-mail: police@cityofchicago.org · Website: www.cityofchicago.org/police

The departments or agencies below may also be of assistance.

**Motor vehicle accidents involving personal injury or property damage**

Chicago Claims Unit
30 N. LaSalle, Suite 800
Chicago, IL 60602
312.744.5650
https://www.chicago.gov/city/en/depts/dol/provdrs/claims.html

**Landlord – Tenant Disputes**

Department of Housing
121 N. LaSalle Street. Room 1006
Chicago, IL 60602
312.744.4190
https://www.chicago.gov/city/en/depts/doh.html

**Hiring Procedures**

Department of Human Resources
121 N. LaSalle Street, Room 100
Chicago, IL 60602
312.744.4966
https://www.chicago.gov/city/en/depts/dhr.html

**Mental Health Assistance**

National Alliance on Mental Illness (NAMI) Chicago Helpline
Monday-Friday (9AM – 8PM) and Saturday – Sunday (9AM – 5 PM)
833.626.4244
www.namichicago.org

Any questions or information may be directed to Sergeant Keshia Frierson of the Bureau of Internal Affairs' Intake Section (Mon-Fri, 8 AM – 4 PM) at 312.745.6328 or via email at BIAIntake@chicagopolice.org.

Sincerely,

Intake Section
Bureau of Internal Affairs
Chicago Police Department



# Quick View Report

| | |
|---|---|
| **Log No** | 2020-0004837 |
| **Primary Category** | Operation/Personnel Violations Conduct Unbecoming 10BB |
| **Incident Type** | Information/Complaint |
| **Incident Origin** | Email |
| **Status** | Administratively Closed |
| **Investigator** | |

| | |
|---|---|
| **Affidavit Received** | No |
| **Date of Incident** | |
| **Date of Incident To** | |
| **Supervisor** | |

**Incident Description**    Civilian Compliant: Complainant alleges that the accused laughed about the death of Laquan McDonald. See attached reports.

## SPECIAL CONSIDERATIONS

| | |
|---|---|
| CIVIL SUIT :No | JUVENILE :No |
| CRIMINAL :No | PCRIA : No |
| CONFIDENTIAL :No | PURSUIT RELATED :No |
| EEOC :No | POLICE SHOOTING (U) :No |
| EXTRAORDINARY OCCURRENCE :No | REPRESENTED :No |
| FATAL:No | SELF INFLICTED INJURY :No |
| MAJOR CASE :No | SERIOUS BODILY INJURY :No |
| MOTOR VEHICLE (V) :No | SUICIDE ATTEMPT :No |
| INCARCERATED :No | WARD OF THE STATE :No |

## RELATED CPD

| Role | Name | Star No. | Employee No. | Position |
|---|---|---|---|---|
| Accused | Unknown | | | |

## RELATED NON CPD

| Role | Name | DOB | Address | Mobile Phone | Email |
|---|---|---|---|---|---|
| Reporting Party: Subject | ▊ | ▊8 5 | ▊ | ▊ | |

## RELATED LOCATIONS

| Role | Address | Beat | District | Location |
|---|---|---|---|---|
| Location of Occurrence | Unknown CHICAGO, | | | |



# Quick View Report

| Final Attachments | Internal Attachments | Total Attachments | Total Number of Pages |
|---|---|---|---|
| 5 | 0 | 5 | 0 |

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓ @gmail.com> |
| **Sent:** | Tuesday, October 20, 2020 3:12 AM |
| **To:** | Evelio.Mora@illinois.gov; cbschicagotips@cbs.com; copa-info; gov.foia@illinois.gov; irena.briganti@foxnews.com; neil.olson@illinois.gov; simeon.kim@illinois.gov |
| **Subject:** | Fwd: Chicago sergeant saying racist comments about Laquan McDonald |

[Warning: External email]

Chicago police sergeant is heard laughing about Laquan McDonald murder bragging about it being 15,000 murders since then and saying that he wish i was talking to his partner in crime right now it would be much more interesting. This is the type of humiliation, disrespect, verbal abuse, and racism African Americans go through in department Chicago police departments. This who is suppose to protect us? My heart hurts hearing him say that out his mouth. I'm terrified. This is wrong on so many levels. I'm overwhelmed of his response. Something has to be done about this. I leave it in God hands.

---------- Forwarded message ---------
From: ▓▓▓▓▓▓▓ @gmail.com>
Date: Tue, Oct 20, 2020 at 2:54 AM
Subject: Chicago sergeant saying racist comments about Laquan McDonald
To: ▓▓▓▓▓ @gmail.rom>


https://recordings.tapeacall.com/t/dp916TqqqwnQ
--
Sent from Gmail Mobile

CHICAGO POLICE DEPARTMENT
## ORIGINAL CASE INCIDENT REPORT
3510 S Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11 388(6/03)-C)

RD #: JD374833

EVENT #: 2026510656

Case ID: 12172249 CASR929



**CLEARED CLOSED (ARREST AND PROSECUTION)**

**IUCR:** 051A - Assault - Aggravated - Handgun

**INCIDENT**

| | | |
|---|---|---|
| **Occurrence Location:** 11839 S State St | **Beat:** 0532 | **Unit Assigned:** 0566C |
| Chicago IL 60628 | | **RO Arrival Date:** 21 September 2020 17:58 |
| 304 - Street | | **# Offenders:** 1 |

**Occurrence Date:** 21 September 2020 17:57

---

**VICTIM - Individual**

**Name:**

**Res:**      **Beat:** 0832

Chicago IL

     **Beat:** 5100

**Sobriety:** Sober

**Demographics**
Male
Black
5'07,
182 lbs
Black Eyes
Black Hair
Short Hair Style
Dark Complexion

**DOB:** 1983
**Age:** 36 Years
**Birth Place:** Illinois
**DLN:** IL

---

**VICTIM - Individual**

**Name:**

**Res:**      **Beat:** 0532

Chicago IL 60628

     **Beat:** 5100

**Sobriety:** Sober

**Demographics**
Male
Black

**Age:** 2 Years

---

**NON OFFENDER**

**WITNESS - Individual**

**Name:**

**Res:**      **Beat:** 3100

     **Beat:** 5100

**Demographics**
Male
Black
5'10,
190 lbs
Brown Eyes
Black Hair
Unknown Hair Style
Medium Brown Complexion

**DOB:** 1983
**Age:** 37 Years
**DLN:** IL

---

**WITNESS - Individual**

**Name:**

**Res:**      **Beat:** 0513

Chicago IL

     **Beat:** 5100

**Demographics**
Female
Black
5'09,
130 lbs
Brown Eyes
Black Hair
Pony Tail Hair Style
Medium Brown Complexion

**DOB:** 1992
**Age:** 27 Years
**Birth Place:** Illinois
**DLN:** IL

RD #: JD374833

---

## INJURIES

Injury Info [REDACTED] - Victim )

Responding Unit:
Injury Info [REDACTED] - Victim )

Responding Unit:
Injury Info [REDACTED] - Witness )

Responding Unit:
Injury Info [REDACTED] - Witness )

Responding Unit:

## SUSPECTS

| Suspect # 1 | | In Custody |
|---|---|---|

**Name:** NORTHERN, Shedrick J

**Res:** [REDACTED]   **Beat:** 4100

**Demographics**

Male
Black
6'01,
330 lbs
Brown Eyes
Unknown Hair
Bald Hair Style
Dark Complexion

**DOB:** [REDACTED] 1965
**Age:** 34 years
**Birth Place:** IL
**DLN:** [REDACTED] IN

**Suspected of Using:** Weapon
Vehicle

**Descriptions**

**Clothing Description:** Top - Black T-Shirt; Bottom - Blue, Dark Jeans; Top - Black T-Shirt; Bottom - Blue, Dark Jeans; Top - Black T-Shirt; Bottom - Blue, Dark

Injury Info
Responding Unit:

## RELATIONSHIP

| | RELATIONSHIP | |
|---|---|---|
| (Victim) [REDACTED] | is a   No Relationship of | ( Offender ) **NORTHERN, Shedrick,J** |
| (Victim) [REDACTED] | is a   No Relationship of | ( Offender ) **NORTHERN, Shedrick,J** |

## DOMESTIC INFO

Powered by CLEAR Technology

## VEHICLE

### Vehicle #1

| | | | | |
|---|---|---|---|---|
| **Vehicle:** 2010 Chrysler - Town & Country - Automobile | **Damaged?** | No | **Owner:** | Shedrick Northern |
| **Style:** Van (Cargo / Panel / Transport) | | | **Possessor/User:** | NORTHERN, SHEDRICK J |
| **Color-Top/Bottom:** Black/Black | **Theft From?** | No | **Towed?** | No |
| **VIN#:** 2A4RR5DX3AR151627 | **Burned?** | No | | |
| **License Plate #:** ▮▮▮ - Indiana | **Destroyed?** | No | | |
| **Expires:** 01-August-2020 | **Recovered?** | No | | |
| | **Stolen?** | No | | |

## FIREARMS

### Firearm #1

**Possessor/User:** NORTHERN, SHEDRICK J

| | | | | |
|---|---|---|---|---|
| **Type:** Semi-Automatic Pistol | | | **Duty Related:** | No |
| **Make:** Glock, Inc.--Au-- | **Model:** | 20 | **Taken/Stolen?** | No |
| **Serial #:** BMXR917 | **Owner Known?** | Yes | | |
| **Caliber/Gauge:** 10 Caliber | **Owner:** | Shedrick Northern | **Displayed?** | Yes |
| **Barrel Length:** 4 | | | **Used?** | No |
| **Feature:** Blue Steel | | | **Recovered?** | Yes |
| | **Registration Status:** Clear | | | |
| | | | **Inventory #:** | 14777659 |

## NARRATIVE

EVENT#2026510656. BWC INCIDENT RECORDED, NOT VIEWED PRIOR OR WRITING THIS REPORT. IN SUMMARY R/O'S RESPONDED TO A CALL OF A PERSON WITH A GUN CALL AT 11839 S STATE ST. UPON ARRIVAL R/O'S MET WITH OFFENDER WHO RELATED THAT HIS FIREARM WAS INSIDE HIS VEHICLE (2010 BLACK CHRYSLER BEARING IN LICENSE PLATE ▮▮▮ AND THAT HE HAS HIS INDIANA CONCEAL CARRY LICENSE. R/O QUIROZ#6331 RECOVERED (1) LOADED GLOCK 20, SERIAL # BMXR917, 10MM CALIBER, BLUE-STEEL FINISH WITH UNKNOWN AMOUNT OF LIVE ROUNDS IN THE MAGAZINE FROM THE PASSENGER SEAT IN PLAIN VIEW FROM SAID VEHICLE. R/O QUIROZ#6331 AND R/O SMITH# 19338 BEGAN TO INTERVIEW OFFENDER. R/O GORDILS #8451 MET WITH ▮▮▮ (VICTIM AND COMPLAINANT) WHO RELATED TO R/O GORDILS#8451 THAT WHILE HE WAS WAITING TO DROP OFF ▮▮▮ ▮▮▮ (WITNESS) ▮▮▮ (VICTIM AND COMPLAINANT) OBSERVED THE OFFENDER WALKING DOWN THE FRONT STEP AT THE ABOVE LOCATION. THE OFFENDER RELATED NON-VERBATIM "WHAT THE FUCK ARE YOU DOING HERE" TO THE VICTIM. THE OFFENDER THEN WALKS TO HIS VEHICLE, GRABBED HIS FIREARM, AND WALKED TO THE VICTIM'S VEHICLE AND POINTED THE FIREARM AT ▮▮▮ (VICTIM AND COMPLAINANT), REITERATING, "WHAT THE FUCK ARE YOU DOING HERE". THE VICTIM STATED TO THE OFFENDER THAT HE WAS DROPPING OFF ▮▮▮ THE OFFENDER THEN RETURNED TO HIS VEHICLE, AND TOSSED HIS FIREARM INSIDE THE VEHICLE ONTO THE PASSENGER SEAT AND CALLED 911. ▮▮▮ (WITNESS) AND ▮▮▮ (WITNESS) ALSO RELATED TO R/O'S THAT THEY OBSERVED THE OFFENDER WALK TOWARD HIS VEHICLE, GRAB SAID FIREARM, THEN APPROACH THE VICTIM AND POINT HIS GUN AT HIM. R/O'S PLACED SHEDRICK NORTHERN(OFFENDER) IN CUSTODY AND TRANSPORTED TO THE 005TH DISTRICT BY BEAT 511. FURTHER INVESTIGATION PER LEADS, OFFENDER DOES NOT HAVE A VALID ILLINOIS CONCEAL CARRY NOR FOID CARD. WHILE PROCESSING THE OFFENDER, THE OFFENDER RELATED THAT HE DOES NOT FEEL WELL AND THAT HE ▮▮▮ OFFENDER WAS TRANSPORTED TO TRINITY HOSPITAL BY BEAT 571, TREATED BY ▮▮▮ WHO STATED THAT OFFENDER IS IN GOOD CONDITIONS. MIRANDA RIGHTS GIVEN BY R/O GORDILS #8451 AND WITNESS BY P/O CRUZ-ACEVEDO # 1636/ AT 1911HRS. R/O GORDILS ASKED IF HE POINTED THE HANDGUN AT ▮▮▮ (VICTIM AND COMPLAINANT), WHERE OFFENDER RELATED NO. GUN DESK NASADOWSKI #4127 NOTIFIED AT 1933HRS. PERSONAL PROPERTY INVENTORY UNDER # 14777684 AND 14777654. GUN INVENTORY UNDER # 14777659. HAS $5.31 USC ON HIS PERSON. COURT BRANCH 38-2 ON 28SEP20 AT 0900HRS. FELONY CHARGE 720ILCS 5 0/24-1.6-A-2 APPROVED BY ASA AUGUSTINE AT 2041HRS.
- STAR#: 6331 NAME: ZAUL QUIROZ BEAT: 0566C
- STAR#: 8451 NAME: JOEL GORDILS BEAT: 0566A
- STAR#: 19338 NAME: ANATHEA SMITH BEAT: 0566C
- STAR#: 12045 NAME: KORY PIERCE BEAT: 0511
- STAR#: 1316/ NAME: TRACEY DREW BEAT: 0511
- STAR#: 16367 NAME: JONATHAN CRUZ ACEVEDO BEAT: 0566E

CLEAR technology

| | | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|---|
| **PERSONNEL** | Approving Supervisor | 1217 | | CUSACK, Kelly, A | | 21 Sep 2020 21:50 | 005 | |
| | Reporting Officer | 6331 | | QUIROZ, Zaul, | | 21 Sep 2020 21:46 | 005 | 0566C |

CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**JD374833**

Case id : 121/2249
Sun ID : 13898404 CASR301

| METHOD/CAU CODE | | | DETECTIVE SUP. APPROVAL COMPLETE | | |
|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification | | IUCR Code | Original Offense Classification | | IUCR Code |
| **ASSAULT / Aggravated - Handgun** | | **051A** | ASSAULT / Aggravated - Handgun | | 051A |
| Address of Occurrence | | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| **11839 S STATE ST** | | **532** | **2** | **1** | **1** | |
| Location Type | | Location Code | Secondary Location | | Hate Crime? |
| **Street** | | **304** | | | **NO** |
| Date of Occurrence | | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| **21-SEP-2020 17:57** | | **0566C** | ********************* | **NO** | **NO** | **NO** |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| GOVERN, Janice | 20608 | GOVERN, Janice | 20608 | | |
| Date Submitted | | Date Approved | | Assignment Type | |
| 22-SEP-2020 07:37 | | 22-SEP-2020 07:38 | | ADMIN | |

## THIS IS A ADMIN INVESTIGATION METHOD/CAU CODE REPORT

**VICTIM(S) :**

Male / Black / 36 Years      TYPE: **Individual**

**DOB:** ▉1983

**RES:** ▉▉▉
Chicago IL

**BIRTH PL:** Illinois

**DESCRIPTION:** 5'07,182,Black Hair, Short Hair Style, Black Eyes, Dark
Complexion

**SOBRIETY:** Sober

**DLN/ID:** ▉▉▉ - IL      TYPE: **Individual**

Male / Black / 2 Years

**RES:** ▉▉▉
Chicago IL 60628

**SOBRIETY:** Sober

**OFFENDER(S):**    **NORTHERN, Shedrick J**      -- In Custody --

Male / Black / 34 Years

**DOB:** ▉1985

**RES:** ▉▉▉

**BIRTH PL:** Illinois

**DESCRIPTION:** 6'01,330,Unknown Hair, Bald Hair Style, Brown Eyes, Dark
Complexion

**ITEM USED:**
Weapon
Vehicle

**DLN/ID:** ███████ - IN

**WEARING:** Top - Black T-Shirt; Bottom - Blue, Dark Jeans; Top - Black T-Shirt; Bottom - Blue, Dark Jeans; Top - Black T-Shirt; Bottom - Blue, Dark Jeans; Top - Black T-Shirt; Bottom - Blue, Dark Jeans

**RELATIONSHIP OF VICTIM TO OFFENDER:**

███████████ No Relationship
No Relationship

**VICTIM INJURIES** ████████████████

**CFD RESPONDING UNIT:**

███████████

**CFD RESPONDING UNIT:**

**WEAPON(S):** INV #: 14777659
**Displayed**
Glock, Inc.--Au-- , 20 , 10 , Semi-Automatic Pistol , 4 , Blue Steel
**SERIAL #:** BMXR917
**MAGAZINE CAPACITY:** UNK
The Status Of This Firearm is Clear
**OWNER:** Shedrick Northern
**POSSESSOR/USER:** Northern, Shedrick J

**VEHICLE INFO:** Automobile , 2010 / Chrysler / Town & Country / Van (Cargo / Panel / Transport)
**VIN:** 2A4RR5DX3AR151627
**YEAR (RANGE):** 2010

**COLOR (TOP/BOTTOM):** Black / Black
**OWNER:** Shedrick Northern
**POSSESSOR/USER:** Northern, Shedrick J
**LICENSE:** █████ IN
**EXPIRES:** AUG-2020

**LOCATION OF INCIDENT:** 11839 S State St
Chicago IL 60628
304 - Street

**DATE & TIME OF INCIDENT:** 21-SEP-2020 17:57

**METHOD CODE(S):** DNA

**CAU CODE(S):** DNA

**FIREARM(S) RECOVERED:** INV #: 14777659
Glock, Inc.--Au-- , 20 , 10 , Semi-Automatic Pistol , 4 , Blue Steel
**SERIAL #:** BMXR917
**OWNER:** Shedrick Northern
**POSSESSOR/USER:** Northern, Shedrick J

**MAGAZINE CAPACITY:** UNK

**PERSONNEL ASSIGNED:**   Reporting Officer

QUIROZ, Zaul               # 6331        BEAT: 0566C

**WITNESS(ES) :**          ███████████████

Male / Black / 37 Years

**DOB:** ████████ 1983

**DESCRIPTION:** 5'10,190,Black Hair, Unknown Hair Style, Brown Eyes, Medium Brown Complexion

**RES:** ████████████████

████████████

**DLN/ID:** ██████████ - IL

████████████████

Female / Black / 27 Years

**DOB:** ████████ 1992

**BIRTH PL:** Illinois

**DESCRIPTION:** 5'09,130,Black Hair, Pony Tail Hair Style, Brown Eyes, Medium Brown Complexion

**RES:** ██████████████

Chicago IL

██████████████

**DLN/ID:** ██████████ - IL

**WITNESS INJURIES**       ████████████████

**CFD RESPONDING UNIT:**

████████████████

**CFD RESPONDING UNIT:**

**CRIME CODE SUMMARY:**    051A - Assault - Aggravated - Handgun

**IUCR ASSOCIATIONS:**     051a - Assault - Aggravated - Handgun

|  |  |
|---|---|
| ████████████████ | ( Victim ) |
| NORTHERN, Shedrick, J | ( Offender ) |
| | ( Witness ) |
| ████████████████ | ( Offender ) |
| NORTHERN, Shedrick, J | ( Offender ) |
| NORTHERN, Shedrick, J | ( Witness ) |
| ████████████████ | ( Offender ) |
| NORTHERN, Shedrick, J | ( Victim ) |
| ████████████████ | |

**REPORT DISTRIBUTIONS:**  No Distribution

**INVESTIGATION:**

This is a Method/CAU code Supplementary Report.

# Redaction Log

Total Number of Redactions in Document: 83

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1    |        |             | 1           |
| 3    |        |             | 4           |
| 5    |        |             | 4           |
| 6    |        |             | 14          |
| 7    |        |             | 10          |
| 8    |        |             | 14          |
| 9    |        |             | 3           |
| 10   |        |             | 10          |
| 11   |        |             | 6           |
| 12   |        |             | 17          |

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
|  |  | 1(1) 3(4) 5(4) 6(14) 7(10) 8(14) 9(3) 10(10) 11(6) 12(17) |

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

VS

**NUMBER: 20111965101**

**BOWES, SHEDRICK J**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

### Charging the above named defendant with:

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 1 | 720 ILCS 5.0/12-2-C-1 | MA | AGG ASSAULT/USE DEADLY WEAPON | 9/21/2020 |
| 2 | 720 ILCS 5.0/24-1.6-A-2 | F4 | AGG UUW/PERSON/CM THREAT VIOL | 9/21/2020 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**9/22/2020 CASE FILED**

**9/22/2020 DEFENDANT IN CUSTODY**

NAVARRO, DAVID R.

**9/22/2020 PROBABLE CAUSE TO DETAIN**

NAVARRO, DAVID R.

**9/22/2020 PUBLIC DEFENDER APPOINTED**

NAVARRO, DAVID R.

**9/22/2020 DEFENDANT DEMAND FOR TRIAL**

NAVARRO, DAVID R.

**9/22/2020 PERMISSION TO LEAVE JURISDICTION**

NAVARRO, DAVID R.

**9/22/2020 SPECIAL CONDITIONS OF BAIL ORDERED**

NAVARRO, DAVID R.

**9/22/2020 ENTERED AND CONTINUED**

NAVARRO, DAVID R.

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

VS

**NUMBER: 20111965101**

**BOWES, SHEDRICK J**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**9/23/2020 DEFENDANT RELEASED ON CASH OR DEPOSIT BOND**

**9/30/2020 DEFENDANT NOT IN COURT**

SULLIVAN, LAURA MARIE

**11/20/2020 DEFENDANT DEMAND FOR TRIAL**

SULLIVAN, LAURA MARIE

**1/8/2021 DEFENDANT DEMAND FOR TRIAL**

SULLIVAN, LAURA MARIE

**1/29/2021 MOTION TO DISMISS CHARGES - FILED**

**2/1/2021 DEFENDANT DEMAND FOR TRIAL**

GONZALEZ, PETER M

**2/5/2021 APPEARANCE FILED**

MESCALL, REGINA A.

**2/5/2021 CASH BOND REFUND TO ATTORNEY**

MESCALL, REGINA A.

**HEARINGS**

| | | |
|---|---|---|
| 9/22/2020 | 1:30 PM Bond Hearing | Branch 1, Room 100 |
| 9/30/2020 | 9:00 AM Motion State | Branch 38/Room 2 |
| 11/20/2020 | 9:00 AM Motion Defendant | Branch 38/Room 2 |
| 1/8/2021 | 9:00 AM Motion State | Branch 38/Room 2 |
| 2/1/2021 | 9:00 AM Motion State | Branch 38/Room 2 |
| 2/5/2021 | 9:00 AM Motion State | Branch 38/Room 2 |

 **Clerk of the Circuit Court of Cook County**

# PEOPLE OF THE STATE OF ILLINOIS

VS

**NUMBER: 20111965101**

### BOWES, SHEDRICK J

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 2/10/2021 | 9:00 AM Case Advanced | Branch 38/Room 2 |
| 2/22/2021 | 9:00 AM Motion Defendant | Branch 38/Room 2 |
| 3/24/2021 | 9:00 AM Order of Court | Branch 38/Room 2 |

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

| | |
|---|---|
| 1 | 2/5/2021 NOLLE PROSEQUI |
| 2 | 2/5/2021 NOLLE PROSEQUI |

**Sentence (Credit):**



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

VS

**NUMBER: 20111965101**

BOWES, SHEDRICK J

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

I hereby certify that the foregoing has been entered of record on the above captioned case.

Date: 2/25/2021

*Iris Y. Martinez*

IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT OF COOK COUNTY