UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SHEDRICK BOWES-NORTHERN
Plaintiff

v.

Chicago police department, et-al
Defendant

Case Number: 1:21-cv-03351

Judge: Charles Norgle

Magistrate Judge:

I'm requesting that all documents that I filed, in this case, be sealed for the safety of myself and my family. Chicago police department, Cook County Circuit Court, and Cook County state attorneys office are constantly retaliating against me. I have proof of them doing so via audio and video. I'll be filing a civil lawsuit against them. All of a sudden since I asked for my registered gun back the case is indicted. I have been a target of Cook County corruption since I been 14. It's time to fight back. I'm tired of being bullied.

*Shedrick B.*

08/17/21

**FILED**
8/16/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MO