[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
9/1/2021
CP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| **SHEDRICK BOWES-NORTHERN**, | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| **vs.** | ) |
| **CITY OF CHICAGO, KIMBERLY FOXX (CCSA),** | ) |
| **JOEL GORDILS (CPD OFFICER #8451),** | ) |
| **ZAUL QUIROZ (CPD OFFICER #6331),** | ) |
| **ANATHEA SMITH (CPD OFFICER #19338),** | ) |
| **COUNTY OF COOK, DARRYL AUGUSTE (CCSA),** | ) |
| **See attachment for all Defendants** | ) |
| **Defendant(s).** | ) |

# AMENDED COMPLAINT

Case No. **1:21-CV-03351**

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is **SHEDRICK BOWES-NORTHERN**.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# DEFENDANTS 1:21-CV-03351

1. CITY OF CHICAGO
2. COUNTY OF COOK
3. SHERIFF OF COOK COUNTY
4. KIMBERLY FOXX (CCSA)
5. EMILY LEUIN (CCSA)
6. DARRYL AUGUSTE (CCSA)
7. JOEL GORDILS (CPD OFFICER #8451)
8. ZAUL QUIROZ (CPD OFFICER #6331)
9. ANATHEA SMITH (CPD OFFICER #19338)
10. TRACY DREW (CPD OFFICER #13167)
11. KORY PIERCE (CPD OFFICER #12045)
12. CHRISTOPHER KAPA (CPD SERGEANT #324)
13. KELLY A. CUSACK (CPD SERGEANT #1217)
14. DAKEITA MILLER (COPA)
15. ERICA SANDERS (COPA)
16. FREDRICK BATES (COOK COUNTY CIRCUIT COURT JUDGE)
17. TIMOTHY EVANS (COOK COUNTY CIRCUIT COURT JUDGE)
18. SYDNEY SCOTT (MY CHILDREN MOTHER, ALLEGED WITNESS)
19. STEPHEN SMITH (ALLEGED VICTIM)
20. CHERYL SPENCER (SYDNEY SCOTT MOTHER)
21. FRANCIS NORRIS (ALLEGED WITNESS)
22. IRIS MARTINEZ (COOK COUNTY CIRCUIT COURT)

*Shedrick B*

**09/01/21**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **JOEL GORDILS #8451, ZAUL QUIROZ #6331, ANATHEA SMITH #19338, KORY PIERCE #12045, TRACY DREW #13167, CHRISTOPHER KAPA #325** is

(name, badge number if known)

☑ an officer or official employed by **CHICAGO POLICE DEPARTMENT**;

(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is **COOK COUNTY**. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about **SEPT 21ST, 2020**, at approximately _____ ☐ a.m. ☐ p.m.

(month,day, year)

plaintiff was present in the municipality (or unincorporated area) of _____

**CITY OF CHICAGO**, in the County of **COOK**,

State of Illinois, at **11839 S. STATE STREET**,

(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☒ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☒ Other: **Negligence. Sexually misconduct**

_____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____ .

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): **745ILCS10/9-102, 55ILCS5/45-3**

**55ILCS5/11-06**

_____

_____ .

8.    Plaintiff was charged with one or more crimes, specifically:

**720 ILCS 5.0/12-2-C-1 AGG ASSAULT/USE DEADLY WEAPON**

**720 ILCS 5.0/24-1-6-A AGG UUW/PERSON/CM THREAT VIO**

_____

_____

_____

9.    (*Place an X in the box that applies. If none applies, you may describe the criminal*
*proceedings under "Other"*) The criminal proceedings

☐   are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____ .

☒ Other:**Chargers were dismissed, then brought back up in retaliation for me** filing a
civil complaint. I have a supplement report saying that I'm the victim.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

## SEE ATTACHMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ .

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

## I was arrested. My foot was injured. See attachment

_____

_____

_____ .

13.    Plaintiff asks that the case be tried by a jury. ☒ Yes        ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B.      ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Shedrick B_____

Plaintiff's name *(print clearly or type)*: **SHEDRICK BOWES-NORTHERN**

Plaintiff's mailing address: **1101 CUMBERLAND CROSSING DRIVE #202**

City **VALPARAISO** State **IN** ZIP **46383**

Plaintiff's telephone number: (     ) **312-292-1945**.

Plaintiff's email address *(if you prefer to be contacted by email)*:

**SHEDRICKCHILDREN@GMAIL.COM**

15.     Plaintiff has previously filed a case in this district.  ☐ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff.  An additional signature page may be added.*

5

On September 21, 2020, I was arrested and charged with aggravated assault with AGG ASSAULT/USE DEADLY WEAPON 720 ILCS 5.0/12-2-C-1 and AGG UUW/PERSON/CM THREAT VIOL 720 ILCS 5.0/24-1.6-A-2. After dropping my daughter's kidney medicine off at her grandmother Cheryl Spencer's house, located 11839 south state street in Chicago, IL. The Chicago Police department arrested me.

I called Cheryl Spencer, Sydney Scott's mother, and told her that I was in the area and wanted to drop off our daughter's kidney medicine. She said she would have me come to the daycare where she works, but if I'm closer to her house, I could knock on the door and give medicine to Junior, Sydney Scott's father. Cheryl Spencer is listed in this complaint for lying on me, saying she saw me pull out a gun and walked through the back door. I have evidence of her lying that resulted in me getting an order of protection placed on me later dropped by the Cook County Judge.

I knocked on the door of Cheryl Spencer's house as she told me to do. Sydney Scott answered the door then shut it quickly, playing around. Then I told Sydney Scott that I'm going to leave our daughter's medicine in the mailbox. I started recording when Sydney Scott said she was about to open the door to get our daughter medicine so the Judge could see what Sydney Scott was doing. As I walked off the porch, Sydney Scott's other child's father, Stephen Smith, pulled up in his car. Stephen Smith asked me what the fuck was I doing over there, and was Sydney Scott and me messing around behind his back. As I was walking off the porch, I told Stephen Smith that I was just over there to drop our daughter's medicine off and that it wasn't anything going on between Sydney Scott and myself. Stephen Smith continued to walk towards me. As I got closer to my vehicle, Stephen Smith stepped up and hit me in the face with his fist. I got into my vehicle and called the police. Stephen Smith started walking back towards my vehicle, yelling. That's when I grabbed my registered weapon out of my glove box to protect myself. Stephen Smith said that I'm not on shit, then walked into Cheryl Spencer's house.

I called the Chicago police and explained to the 911 operator that I have an active protection order on a person who just hit me. The 911 operator asked me if there were any weapons involved. I told the 911 operator that I have a concealed and carry permit and informed the 911 operator that I have my gun on the front seat of my car. Just in case Stephen Smith tried to attack me again. As Stephen Smith was attempting to leave, I called 911 again. Chicago police officers Zaul Quiroz #6331, Joel Gordils #8451, and Anathea Smith #19338 arrived. Chicago police officer Joel Gordils #8451 asked me did I have the order of protection court documents that the court gave me. I tried to show Chicago police officer Joel Gordils #8451 the order of protection emailed by Cook County Domestic court to Stephen Smith and myself from the Cook County domestic violence division.  On my phone, Judge Marina E. Ammendola, Cook County Clerk, sent earlier that same day via email from samix@cookcountycourt.com at 2:04 pm. Still, he refused to look at it on my phone from the email I received. Joel Gordils stated that he looked in the system that lists the active protection order, but the protection order wasn't listed. The order of protection Case number is 20-OP-74452. According to Cook County Domestic relations division, the order of protection was active since 07/10/2020. Stephen

Smith and I received emails from samix@cookcountycourt.com Mon, September 21, 2020, at 2:04 pm.

I told Chicago police officers Zaul Quiroz #6331, Joel Gordils #8451, and Anathea Smith that Stephen Smith hit me in the face. I tried to show Zaul Quiroz #6331 and Joel Gordils #8451 the protection order on my phone, but the officer said it should be in the system. Joel Gordils #8451 is seen walking over to Stephen Smith. Stephen Smith lies and tells Joel Gordils #8451 that I pointed a gun in his face, and the last time I was over there, I pulled out a gun on a date before September 21, 2020. Joel Gordils #8451 walks back to my vehicle, where my weapon is on the car seat in plain view. Zaul Quiroz #6331 reaches into my car and gets my registered gun seen on my vehicle's passenger seat. Zaul Quiroz #6331 is seen observing my weapon and unloading the clip. You can see on Zaul Quiroz #6331 body cam that a bullet wasn't in the chamber of my gun. Which questions Stephen Smith, Francis Norris, and Sydney Scott signed statements saying they saw me point a firearm at Stephen Smith. It's no purpose to point a gun at someone without a bullet being in the chamber.

You can hear my request for a sergeant numerous times before being wrongfully arrested. I asked Zaul Quiroz #6331 and Joel Gordils #8451 for a sergeant. Zaul Quiroz #6331 and Joel Gordils #8451 began to get upset when they noticed that I was recording them on my cell phone. Joel Gordils #8451 said You have an order of protection against Kimberly, which means he never checked the system for an order of protection listed against Stephen Smith. I told Zaul Quiroz #6331 and Joel Gordils #8451 that I have an order of protection against Stephen Smith. When I asked Zaul Quiroz #6331 and Joel Gordils #8451 for a sergeant, they told me to call 911 for a sergeant, just how I called them for a sergeant. Joel Gordils #8451 said that I wasn't telling him everything that happened. I asked Joel Gordils #8451 and Zaul Quiroz #6331; Zaul Quiroz said his badge number is #6331. Officer Joel Gordils said his badge number is #8451. After being angry about me recording and requesting Sergeant Zaul Quiroz #6331 and Joel Gordils #8451 arrested me.

I told Chicago police officers Joel Gordils #8451 and Zaul Quiroz #6331 that I grabbed my registered gun from my vehicle glove department. Which is the same thing I told the 911 operator. I informed the officers that I had been going through problems with Sydney Scott and Stephen Smith. I told Joel Gordils #8451 that I tried to show him the protection order on my phone, but he refused to look at the court documents with the order of protection that Cook County Circuit Court emailed me; the order of protection case number is 20-OP-74452. The protection order was emailed to Stephen Smith and me from the Cook County circuit court government email address. Joel Gordils #8451 said he doesn't know where the order of protection was emailed to me that day by the Cook County Circuit Court.

You can hear Chicago police officer Tracey Drew #13167 ask me a sexual comment asking me, asking me am I out here smashing dudes? Tracey Drew #13167 meant am I having sexual contact with another man. After that, you could hear Chicago police officer Tracey Drew #13167 ask Chicago police officer Kory Pierce #12045 if he sees a camera in the sky. You are saying that the police camera captured everything that happened. Chicago police officer

Anathea Smith #19338 responds, saying that she sees the camera. I Shedrick Bowes-Northern responded by saying check the police light pole cameras for they could see what happened.

Joel Gordils #8451 walked back to where Chicago police officers and I were and said he looked up the protection order, but nothing came up in the Chicago police database.

Francois Norris lied, saying he saw me pull a weapon on Stephen Smith. Francis Norris's phone records would prove that Stephen Smith called him over there. The Chicago police officers never searched Stephen Smith or Francis Norris for any weapons. I have other documents to prove that Sydney Scott and Stephen Smith are liars. As you can see on the Chicago police body cameras, Francis Norris was sitting on the porch. The Chicago police department never searched Francis Norris or Stephen Smith for weapons. I was the only one searched by the Chicago police department. I have an Indiana children's services report that proves that I had recent issues with Stephen Smith threaten me. The department of children's services did an Indiana report on August 22, 2020, says that I have an order of protection against Stephen Smith from the recent threats he made.

On Zaul Quiroz #6331 body cam X6039C2JD that I submitted, you can hear Stephen Smith confuse that we had prior problems and that he's aware of the order of protection. Stephen Smith also heard that Stephen Smith admitted to what happened on September 21, 2020, when he said I flashed my registered firearm. Stephen Smith kept saying he was over there to drop off his son. Yeah, but you seeing me over there dropping my daughter's medicine off doesn't give you the right to hit me in my face cause of your insecurities. You can tell Stephen Smith is lying about the prior incident. If I flashed a gun at you the last time, why wouldn't he tell the police I called before this incident about me flashing a firearm? Stephen Smith is lying, and the Chicago Police department is liable for everything that happened to me that involved them. No one is suffering from this incident but for my children and me.

When I walked to the car in handcuffs, Chicago police officers searched for my vehicle keys to roll my windows up and lock the doors. Chicago police officer Kory Pierce made a sexual comment asking me if I had my car keys in my genital area if I had to fight. Chicago police officers Tracey Drew #13167 and Kory Pierce #12045 drove me to the Chicago police 5th district station at 727 E 111th St, Chicago, IL. I started getting anxiety from being wrongfully arrested for doing the right thing by contacting the Chicago police department instead of taking matters into my own hands. Officer Tracey Drew #13167 and Kory Pierce #12045 are seen on CPD body cameras laughing at my arrest. They were making jokes out of me being a victim. The only thing that calmed me down was forgiving the officers and praying for their safety. Thinking about what God would want me to do. As I was walking in the station, you could see me asking officers have they ever accepted Jesus Christ as their personal Lord and savior. Thinking about how Jesus the Messiah from the tribe of Judah said forgive those that wrong you.

I wasn't giving a Covid-19 mask in the Chicago police department vehicle to wear, which put my life in danger to catch the deadly virus Covid-19. When beat 571 and I arrived at Trinity hospital, it was a lot of people there. Even though Chicago police officers from beat 571 had a mask to

protect themselves from deadly viruses, I still wasn't giving a mask. When Trinity hospital's female staff was checking me in for approximately 10 minutes, I started coughing. The trinity staff member looked at Chicago police officers, asking them if they could give me a mask. I could feel swollen in my feet. I told Chicago police officers from beat 571. However, they said it's the Chicago police department's policy to keep ankle cuffs on my legs until I arrive at the Chicago police department's 5th district station. Trinity hospital said that it's no record of me ever being in their hospital. When Chicago police department unit 571 transported me there, they're listed in the lawsuit. Trinity hospital said that they don't have any records of me in their hospital. Trinity mailed me documents stating that they don't have any records of me ever being there.

Chicago police officer Zaul Quiroz #6331 arrested me under Shedrick Northern, my registered gun's name. The Chicago police department took from me when they wrongfully arrested and falsely imprisoned me. The Chicago police department has Shedrick Bowes on the final report approved by Cook County state attorney Darryl Auguste, which is why he's listed in this civil complaint. Darryl Auguste approved charges that would've been avoided if he looked up the order of protection that I have against Stephen Smith. Cook County state attorney Darryl Auguste is listed in this complaint for approving the police report. Cook County state attorneys didn't investigate if I had an active order of protection against Stephen Smith. That would've shown that I have been having prior issues with Stephen Smith. Chicago police officer Christopher Kapa #325 approved the report. Chicago police officers Joel Gordils #8451, Zaul Quiroz #6331, or Anathea Smith #19338 didn't list in the report that I have a conceal and carry Indiana Gun card. But they listed that I don't have an Illinois FOID card, which makes it look like I should've never had a firearm.

When I got out of the Cook County department of corrections located at 2600 south California avenue in Chicago, IL, my foot was swollen from poor circulation from Chicago police beat 571, putting the ankle cuffs on my ankles too tight. I also suffered hand soreness from the cuffs being tight on my hands, which left marks.

Cook County Department of Correction staff gave me some shoes and a uniform to put on. I explained to correction officers that my feet were hurting and swollen from the Chicago Police putting on ankle cuffs too tight and that the shoes I had on are specially made diabetic shoes that help. The correction officer said that the shoes I had on didn't look like no special diabetic shoes. He stated they look like regular shoes to him. Cook County department of corrections officers forced me to put on Cook County inmate detainee shoes, which made the injury from the Chicago police department's ankle cuffs worse.

When I arrived at the Cook County medical unit, medical inmates were mixed in with psychosis inmates for medication reasons, and they stated when I asked. Some of the inmates had yellow jumpsuits on. It was hard for me to get any rest. They said that I should've brought my milk carton to the unit if I wanted a cup. I asked the Cook County department of corrections staff for medical help for the foot pain. They said that the doctors are gone for tonight. And that I better open my mouth and ask one of the inmates do they have a pain pill into I go to meds in the

morning. I woke up with a Mexican guy over my bed; he was Psychotic and was looking for food. I told him to move away from my personal space. I couldn't go back to sleep. When I finally did doze, back off. I woke up with that same inmate masturbating, looking at me from his bunk. At that point, I was nervous and feared that I would be harmed. One of the detainees told him to stop. He started smiling, looking at the other inmate and me. The inmate next to me said those are called clappers. That's why the other inmates had on yellow suites cause they were caught masturbating.

I was released from the Cook County Department of Corrections on September 23, 2020. On a bail of $5,000, of which $500 was required for me to bond out.
I went to the Chicago police department, where I was arrested and taken to on 111th. I requested to speak with a sergeant. I showed sergeant Richmond #6417 the video of the arrest and explained to him what happened. He stated that they never should've arrested me. He asked me what happened with Stephen Smith. I told him that nothing was done about him assaulting me. He wrote a supplementary report listing Stephen Smith as the offender and me as the victim. The supplement report was approved by Chicago police department sergeant W. Shepler #1764 on September 25, 2020.

When I called 312-747-8271, the number on the Chicago police department report to file charges, I was disrespected with hateful words and discriminated against by Chicago police Sergeant Edward Winstead #19661. The number I called is 312-747-8271. When I called on October 15, 2020, Chicago police Sergeant Edward Winstead #19661 picked up. Chicago police Sergeant Edward Winstead #19661 said that I couldn't file criminal charges against Stephen Smith since I was arrested, despite the supplement report saying I was assaulted. Chicago police Sergeant Edward Winstead #19661 disrespected me by laughing about Laquan McDonald being murdered by Chicago police, which is heard in the audio that I'm providing. I filed a complaint with Chicago police and called the FBI to report hate crimes from the Chicago police department sergeant. I was told by the agent that I should bring the audio recording with me to court. Chicago police Sergeant Edward Winstead #19661 discriminated against me, violating my civil rights; he also violated my constitutional rights.

Chicago police department and all defendants listed ruined me enjoying life with my children, family, and love ones. Sydney Scott continues to do the same things she has been doing, keeping me away from my children.  Sydney Scott is trying to get me to come to her mother's house to pick up my children, which isn't court-ordered. I have police reports from the Chicago police department and Gary police department to prove the pain and suffering that Sydney Scott continues to put me through co-parenting with her. I would've never had to drop off our daughter's medicine if she would've met me on Burr street to pick her medicine up. Being concerned with our daughter's kidney medicine has caused me to be wrongfully arrested, an ulcer, trouble with my children, and my image is tarnished. I fear for my life going to Chicago to pick up my children. I have audio from Sydney Scott telling me she's not meeting me and doesn't care about parentage court orders. This is relevant to this case cause if Sydney Scott would've met me to get our daughter medicine. Stephen Smith would've never had an opportunity to attacked me.

Cook County Circuit Court Clerk Iris Martinez and Cook County Circuit court is named in this complaint for violating my civil rights by continuing to allow Sydney Scott to cause harm to my children and myself by not protecting me from being harmed after I placed multiple orders of protection request to make them aware of Sydney Scott not showing up to meeting location listed on parentage order. Judge Fredrick Bates denied an order of protection against Sydney Scott. The Cook County Circuit court and clerk's office Are listed in this complaint for the misconduct of not having the order of protection against Stephen Smith in the system. Cook County Circuit Court also violated my civil rights by sending me the order of protection via email two weeks later. Which is one of the reasons the Chicago police department office Joel Gordils #8451 and Zaul Quiroz #6331 said they arrested me; Joel Gordils #8451 said it's no active order of protection in the system.

On October 22, 2020, Cook County Circuit Court Judge Fredrick Bates violated my civil rights by not using the restroom when I asked via zoom. Cook County Circuit Court Judge Fredrick Bates violated my civil rights by not allowing me to speak at court via zoom. I have evidence of the zoom court hearing. I'm in the state of Indiana, which is a one consent state, which means that I could record anything as long as I'm part of the conversation. Cook County Circuit Court Judge Fredrick Bates violated my civil rights by not allowing me to be placed on my children's birth certificate by retaliating against me for speaking up for my constitutional rights. Illinois Department of Public Health sent me a letter stating that I need the presiding Judge to give me a certified copy of the paternity order on my children's birth certificates. I filed motions for Cook County Judge Fredrick Bates to issue me the proper documents to be placed on my children's birth certificates. One of the motions I put in still hasn't been answered that I put on September 14, 2020. Cook County Circuit Court Judge Fredrick Bates violated my civil rights by laughing at my life in danger. Every order of protection I have put in against my children's mother's he has denied. But when my children's mother, Latesha Miller, put in order of protection, he granted it. I have proof of Cook County Circuit Court Judge Fredrick Bates violating my civil rights and constitutional rights on numerous occasions via zoom and Markham Court House documents. I do fear that Judge Fredrick Bates and Cook County Circuit Court will retaliate against me just how they are doing now. But my God protects me. Suppose I sound crazy by placing God in this complaint.

I'll accept that, your honor. The state of Illinois Judiciary board is included in this lawsuit cause they said that Judge Fredrick Bates didn't break any laws or violate my civil rights, which he did violate my civil rights. I faxed the evidence to the Judicial Board numerous times. I have recorded audio of me talking to them also. Just in case they have a hard time remembering anything that was said. I have been nothing but patient with Judge Fredrick Bates and him violating my rights, ruining the relationship with my children and myself. He has done nothing but causes my children and me pain and suffering. He's part of the problem. I decided that I would no longer be a victim of being bullied by Cook County Corrupted officials and the court system. I have a God I serve. These officials talk about God, but their actions prove that they are doing the opposite of what God stands for righteousness. Judge Fredrick Bates and Timothy

Evans saw their children go to college and graduate. If they think I'll keep getting pushed around and God does nothing. With all due respect. I'm not running from no evil people. They are fully aware of the pain and suffering they cause families. The God of Abraham, Isaac, and Jacob, whom God renamed Israel, is in control. Yahweh said he got my back. With that being said. I know he's with me in this battle that's already won but still has to be fought. This is bigger than me. I'm just a prophet spokesman for the Lord. My health isn't doing good from the stress, depression, sleepless nights, and emotional distress from Judge Fredrick Bates, Cook County Circuit court, Judge Timothy Evans, and his staff. As you saw on the news, the Judge did not allow the woman to see her child from not getting vaccinated for medical reasons. Judge Timothy Evans needs some federal help to clean up the corruption in the courts he control.

On September 27, 2020, after seeing that my feet were getting bigger and my hands were swollen from ankle and handcuffs, I went to Franciscan Health Hospital for the pain. The following day my pain had worsened. I went back to Franciscan Health hospital. They said that it's only so much they could do for the pain and swelling. I went to my family doctor Andi Arnautovic for further treatment. Doctor Andi Arnautovic referred me to physical therapy and pain clinic. On October 4, 2020, I sent Doctor Andi Arnautovic a video with the text of my foot skin coming off. I never had an ulcer, so I didn't know what it was. I started therapy at ATI on September 29, 2020, until December 23, 2020. Doctor Andi referred me to a foot specialist as he saw my foot was getting worse, Doctor Muhammad.

Now I'm currently seeing a wound clinic doctor. The doctors wrote letters for me not to work and stay off my feet, which caused me depression, anxiety, worry, stress, and making my life unpleasant and unhappy from the injuries from the Chicago police department arresting me and later placing the ankle cuffs on my feet to tight. I receive counseling from my therapist Dr. Hannah and Rickey Royal, my life coach and mentor. I can't do things in life that I could do before I was wrongfully arrested, injured, humiliated, discriminated against, and my civil rights violated. Sydney Scott, Francis Norris, and Stephen Smith signed false statements against me, assisted by Chicago police officers. Chicago police wrongly arrested me for doing the right thing by calling the police, requesting a sergeant, and video recording, which all are legal to do in the state of Illinois. Chicago has a long history of corruption, wrongful arrest, and misconduct. I listed Cook County in this complaint cause everything happened to me by employees they employed in their County. They violated my Civil rights and constitutional rights. All defendants violated my constitutional rights.

I haven't had any good sleep since this has happened to me. I want to be compassionated financially for future medical bills, including mental health and time loss with my children, family, and loved ones. I'm requesting financial compensation for medical care, loss of wages, loss of companionship, mental anguish, stress and anxiety, negligent infliction of emotional distress, punitive damages, defamation, counseling, loss of sleep, loss of happiness and joy, lost time with my children, lost time with family and friends from all parties listed in the civil complaint lawsuit. My wound doctor said that I would need a foot cast for the ulcer to heal on the bottom of my foot from the Chicago police department placing ankle cuffs on my ankles. I'm currently waiting on medical records to show the court how serious this has affected my

life. All defendants listed above ruined my reputation, good name and destroyed relationships with my children, family, and friends. They didn't only hurt me, but they hurt my three children.

1. I'm requesting that police officers receive the proper mental health help they need without being disciplined for needing help. They are human beings. Every police officer isn't a bad police officer. Chicago police officers need mental health evaluations at least every 3-6 months. Chicago Police officers should be able to take off work for mental health reasons. Chicago police officers need mental counselor divisions that mentally and emotionally properly proper officers to prevent poor performance. Lori Lightfoot has a big budget for her officers. Its no way that they shouldn't have a out source resource for officers counseling. Putting a mentally and emotionally wounded officer on the streets of Chicago isn't safe for citizens or that officer. When officers see children laying dead and others laying dead. Are they human rights? I would agree they are. They have emotions and mental feelings after they come home to their families. If Lori Lightfoot cares about Chicago citizens and her officers, she will grant this request. God is needed in the City of Chicago now more than ever. The violence is out of control. God works in mysterious ways. It's no need to have a big budget for COPA. They do nothing but recommended if a video be released or not. An officer could have 100 complaints against them from COPA. The Chicago police board has the last say so, which brings me to why COPA is listed in the complaint for negligence. COPA committed negligence by not answer emails and calls. COPA claims to investigate issues against police officers. But they work for the same boss that controls the police officers. The public didn't vote these so-called police accountability staff in. That's a double-edged sword for COPA members to be hired by the same person who hires Chicago police leaders. Don't you agree, your honor? Or I'm I wrong? COPA contacted me saying that their investigation isn't over yet. It's been almost a year. It shouldn't take that long to investigate something that takes 40 minutes to view and review evidence of misconduct even if they find these officers guilty of misconduct. COPA only recommends that they be disciplined. That's a waste of taxpayers' money. COPA still has to go through the Chicago police board. It's useless, honestly. I can guarantee that the citizens of Chicago would vote COPA out if they can and if they knew how the process leads back to corruption. I'm subpoena COPA records to prove my point of negligence.

2. I'm requesting that Illinois Governor JB Pritzker, Lieutenant Governor Juliana Stratton, Chicago Mayor Lori Lightfoot, Cook County State attorney Kim Foxx, Chicago alderman's, Illinois Congressman, Illinois Legislative Black Caucus Foundation, and other political leader's meetings with ex-gang leaders Larry Hoover and Jeff Fort to see what could be done to stop Chicago's violent street shootings and killings. Larry Hoover and Jeff Fort are close friends that once marched together with Dr. Martin Luther King when he came to Chicago. When U.S. Rep. Congressman Bobby Rush met with Larry Hoover and Jeff Fort, it was a sign of hope, unity, and peace to resolve Chicago Street violence. Larry Hoover and Jeff Fort could save lives by stopping gang issues in Chicago and surrounding areas. White gangs and Italian mobsters existed before Larry Hoover and Jeff Fort were born.

The 1919 race war articles list how gangs in Chicago were formed. To blame them for Chicago violence is to blame all Europeans, Romans, Italians for white supremacy, launchings, burnings,

beatings, and all the harsh things done to Hebrew-Israelites from the tribe of Judah. Larry Hoover's six-point star stands for the star of David, which is a symbol for God chosen people, the 12 tribes of Israel. The word disciple comes from the Bible. I wouldn't be listing Larry Hoover and Jeff Fort in my complaint if they weren't appointed for me to do so by God. I have faith in God that Larry Hoover, Jeff Fort, Lori Lightfoot, JB Pritzker, and other leaders could save lives all over Illinois. God can turn Chicago into the city of miracles and hope. U.S. District honorable Judge Harry Leinenweber said that Larry Hoover could've turned his powers into something good for the community and that he misused his gift for the wrong reasons. God isn't done using Larry Hoover and Jeff Fort yet. They are still alive and could still make that change. The Bible says in Philippians 1:6, And I am sure that he who began a good work in you will bring it to completion at the day of Jesus Christ. God had me send Larry Hoover and Jeff Fort the book about Nelson Mandela, The long walk to freedom. It's prophesied that Larry Hoover and Jeff Fort are the Nelson Mandela's of Hebrew-Israelite Judeans, better known as African-Americans, blacks, or Negros. The Bible says in **Matthew 5:7**, Blessed are the merciful, for they will be shown mercy. All Larry Hoover and Jeff Fort need from federal courts, and Illinois is mercy and forgiveness. Jesus said, let who is without sin throw the first stone. I'm asking the court, who is without sin, to dismiss this part of this request. We all are sinners. God is necessary; I'm nothing without him. I rather not live than live with God. **Hebrews 13:3** Remember those in prison, as if you were there yourself. Remember also those being mistreated, as if you felt their pain in your own bodies. **Isaiah 43:18** "Remember not the former things, nor consider the things of old. Osama Bin Laden's spokesman, Adel Abdul Bary, did 25 years in federal prison for his involvement in an attack against America that killed over 200 men, women, and children. Larry Hoover and Jeff Fort's crimes aren't near as bad as Adel Abdul Bary's. The majority of Larry Hoover and Jeff Fort co-defendants are free. Larry Hoover and Jeff Fort deserve another chance to be with their families and create a nonprofit campaign to promote unity, peace, and most importantly, for the community to respect life and love one another. Congressman Bobby Rush quoted a scripture from the Bible about Larry Hoover and Jeff Fort in one of the news articles he was in they wrote that Mr. Rush said: "When I was a child, I spoke as a child, I understood as a child, I thought as a child: but when I became a man, I put away childish things, from bible scripture **Corinthians 13:11**." Larry Hoover and Jeff Fort are ready to bring peace and love to communities.

3. I'm requesting the City of Chicago to place the Bible lessons in Chicago public schools. Every president in the United States was sworn in on the Bible. It's only right that our children learn about the book that every president in the history of this nation is sworn in on. If LGBT sex education is a must for our children to learn. The Holy Bible shouldn't be a problem for our children to learn about. One of the most important things about the Bible is how it connects to Black history.

Genesis 15:13-14 Then the LORD said to Abram, "You can be sure that your descendants will be strangers in a foreign land, where they will be oppressed as slaves for 400 years. The Israelites 400 years of slavery is over, according to the Bible. Our last day of punishment was August 20, 2019. The first Hebrew-Israelites from the tribe of Judah came to America on August 20, 1619. God put the Israelites from the Tribe of Judah in slavery to worship false idols

and false gods. In Deuteronomy Curses, you read about the curses that Hebrew-Israelites from the tribe of Judah went through. They are called the 400 years of Deuteronomy curses. Jesus is from the tribe of Judah according to Hebrews 7:14, which says for it is clear that our Lord descended from Judah, and regarding that tribe, Moses said nothing about priests. In Genesis 1:26 Then God said, "Let us make human beings in our image, to be like us. They will reign over the fish in the sea, the birds in the sky, the livestock, all the wild animals on the earth, and the small animals that scurry along the ground." Meaning that The God of Abraham, Isaac, and Jacob, Jesus, and the Holy Spirit created man in their image. What I'm saying is that the word of God doesn't lie. No human on earth would exist without having the tribe of Judah Melanin in them. The body can't survive without it. And the last thing I want to say in this complaint is that Hebrew-Israelite Judeans aren't from Africa. We got into Africa when Joseph's brothers sold him to the Ishmaelites. The Ishmaelites brought Joseph to Egypt from Canaan, located in Israel, and sold him to the Egyptian Potiphar. Potiphar's wife wrongfully accused Joseph of rape; Joseph was put into prison by Potiphar, which reminds me of how Rickey Royal and myself were wrongfully accused of rape by Cook County state attorneys. Joseph interpreted two prisoners' dreams that he was in prison with. When one of them was freed from jail, he was around Pharoah again. Pharaoh asked the magicians, psychics, and everyone else what his dream meant. No one could tell him. The ex-prisoner said that he meets Joseph in prison, and he told him what his dream meant. Joseph was let out of prison to tell Pharoah what his dream meant. Joseph told Pharoah what his dream meant. Pharaoh appointed Joseph to be the second in charge of the County of Egypt. Joseph's brothers that sold him came to Egypt when it wasn't any food in the land of Canaan. After the 3rd or fourth time, Joseph came to Egypt. After crying about the story Judah told about him, Joseph revealed to his brothers, thinking he was dead; Pharoah learned about what happened. Pharoah invited Jacob, whom God changed the name to Israel, to Egypt, Africa. To make a long story short, Larry Hoover, Martin Luther King Jr, Malcolm X, Rickey Royal, Walter Thompson, Oprah Winfrey, Kanye West, Michael Jordan, Michelle Obama, Kimberly Foxx, Shedrick Bowes-Northern, Thurgood Marshall, Demond Carter, Emmitt Till, Fred Hampton, and more, are from the tribe of Judah. Kanye West is fighting for Larry Hoover's freedom to bring peace to Chicago. I joined that fight years ago. I'm appointed to be a spokesman for God like my ancestors that were prophets. I care about the violence problem in Chicago. If you don't believe me, ask God for yourself. Thanks for hearing this complaint, your honor.

4. THE DEAD OPP LAW

"THE DEAD OPP" law is A law that would stop social media from promoting gang violence, gang wars, and feuds in communities. This law is a law that was inspired by "I AM BROTHERS KEEPER NONPROFIT PRISON MINISTRY." It's a law that was brought to our attention to help come up with ways to build the community and help stop gang and gun violence from the root cause. Social media is one of the primary sources that gang members use to communicate for attention from fans and other community residents from different parts of the main city and surrounding areas. Instagram, Snapchat, Facebook, YouTube, and Twitter shouldn't allow gang members to use their platforms to promote violent crimes. It should be a federal court order

for these social media platforms not to allow gang members to post videos, photos, or anything else that provokes violence.

"Chicago popularizes dead Opps," N.Y. rappers refer to a person or gang's opposition (enemies). Hence the slang "Opps." The "Dead" comes into play as they are referring to killing their opposition. Anyone in competition or against you. OPP can also stand for the rival or enemy is often used in street and gang culture.

Drill music is glorified by rival gang members and fans that have caused children and others to be killed or shot. Drill music is linked to Chicago gang rival's conflicts. Enemies that have conflict towards each other disrespect the other side, deceased, and vice versa. My brother Delano Bowes was killed from an ongoing despite between rivals on Facebook. Chicago mayor, police chief, alderman's, and leaders should present this law to JB Pritzker unless they don't care until one of their children or love ones become victims of social media rival conflict. Despite criticism, police have defended this approach by pointing to specific incidents where the release of drill songs online has led directly to violence.

When rivals diss each other deceased friends and loved ones, it incites, provokes, inflames, and promotes violence. That can only lead to acts of violence being committed; that's when it becomes a matter for the city of Chicago leaders and the Illinois governor to take control of, from the root of the issue. I'm requesting that The city of Chicago look into a law being presented called the 'DEAD OPP LAW" with other leader's help.

*Shedrick B*

**09/01/21**