## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHEDRICK BOWES-NORTHERN, | |
| Plaintiff, | Case No. 1:21-cv-03351 |
| v. | Hon. Charles R. Norgle |
| CITY OF CHICAGO, et al., | |
| Defendants. | |

## **ORDER**

Amongst Plaintiff's numerous and voluminous complaints against Defendants, not the least of which are allegedly serious medical issues from the shackling of Plaintiff's ankles and handcuffing for which he received medical care. See Payne v. Pauley, 337 F.3d 767, 778-80 (7th Cir. 2003); Herzog v. Village of Winnetka, Ill., 309 F.3d 1041, 1043 (7th Cir. 2002). Plaintiff's amended motion for attorney representation [37] is granted. Plaintiff's initial motion for attorney representation [33] is denied as moot. The Clerk is instructed to assign counsel to Plaintiff for purposes of this case in accordance with Local Rule 83.36(b)(1). Assigned counsel shall confer with Plaintiff expeditiously after assignment and shall file a written status report by October 6, 2021 on the status of Plaintiff's claims in this case and whether counsel intends to seek leave to file an amended complaint.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 3, 2021