UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shedrick Bowes-Northern, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:21-cv-03351 |
| | ) Honorable Charles R. Norgle Sr. |
| Chicago Police Department, et al., | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO WITHDRAW

Stephen P. Bedell, by his attorney, Ellen Wheeler of Foley & Lardner LLP, hereby moves to withdraw as counsel for Plaintiff in the above-captioned case. In support of this Motion, Mr. Bedell states as follows:

1. In an order entered on March 29, 2022, the Court appointed Mr. Bedell as counsel for Plaintiff in the above-captioned case (the "Order"). (Dkt. No. 70.)

2. However, Mr. Bedell, age 68, retired as of January 2021 - almost a year-and-a-half ago. At that time, he resigned as a partner of Foley & Lardner LLP and ceased the practice of law. Mr. Bedell has not practiced law in any capacity since that time, and he no longer has access to Foley's resources or to the federal PACER system.

3. Furthermore, since January 2021, Mr. Bedell has had no office of any kind and has only resided part-time in Illinois. Indeed, at this time, Mr. Bedell is living in Florida and has initiated the process for withdrawing his name from the roll of attorneys at the Supreme Court of Illinois.

4. Mr. Bedell discovered that he had been appointed because the Plaintiff left a voicemail on Foley & Lardner's phone messaging system. (Presumably, the Order was emailed

to Mr. Bedell's previous Foley email address, but that email address was discontinued at the end of January 2021.) A Foley representative tracked down Mr. Bedell and informed him of the entry of the Order. Foley & Lardner has filed this motion to withdraw on behalf of Mr. Bedell to avoid any undue delays in the administration of this case.

5. Finally, in the interest of full disclosure, regardless of his retirement, Mr. Bedell could very well be precluded from taking this case due to a conflict of interest. Many members of Mr. Bedell's family are police officers employed by the Chicago Police Department.

6. Counsel has confirmed that Defendants do not oppose the relief requested in this Motion.

7. Mr. Bedell will take the necessary steps to ensure that his name is removed from the Trial Bar without delay.

WHEREFORE, Movant respectfully requests that he be allowed to withdraw as counsel for the plaintiff in this case.

Dated: April 4, 2022

Respectfully submitted,

Stephen P. Bedell

/s/ Ellen M. Wheeler
Ellen M. Wheeler (ARDC No. 6244111
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
312.832.4500
312.832.4700

4894-7794-3834.1

## CERTIFICATE OF SERVICE

      Ellen M. Wheeler, an attorney, hereby certify that on April 4, 2022, I served a correct copy of the Stephen P. Bedell's Motion to Withdraw in the above-entitled matter upon on all Counsel of record via the Court's ECF system.

/s/ Ellen M. Wheeler
Ellen M. Wheeler

4894-7794-3834.1