# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOWES-NORTHERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 1:21-CV-03351 |
| vs. | ) |
| | ) |
| CHICAGO POLICE DEPARTMENT | ) |
| | ) |
| Defendant, | ) |

## MOTION FOR RELEIF OF ASSIGNMENT AS COUNSEL FOR PLAINTIFF

NOW COMEs counsel recruited by the Honorable Charles R. Nagle John James Corbett, Law Offices of John J. Corbett pursuant to LR 83.38 Relief from Assignment and hereby requests relief from an order of assignment, assigning John J. Corbett of the law firm of Law Offices of John J. Corbett as counsel for Plaintiff in the above matter. As grounds for said motion Plaintiff states as follows:

1. That attorney John J. Corbett has undergone three series surgeries from December 15, 2021 through March 17, 2022 and has only returned to his office on a full time basis on April 6, 2022.
2. That Mr. Corbett continues to undergo physical therapy and other medical treatment for a drop foot condition that resulted from nerve damage that occurred during one of the surgeries.
3. As a result of the above medical treatment and injuries Mr.Corbett has a backlog of other professional commitments he is involved in his law practice and lacks the time necessary to represent the Plaintiff in this matter.

WHEREFORE, Attorney , John J. Corbett of the law firm Law Offices of John J.Corbett, respectfully prays this Honorable Court to enter an Order granting him relief from from the order of assignment.

Respectfully Submitted,

_____
John J. Corbett