[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**4/26/2022**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHEDRICK BOWES-NORTHERN** | Case Number: **1:21-cv-03351** |
| Plaintiff | |
| v. | Judge: **CHARLES NORGIL** |
| **CITY OF CHICAGO** | Magistrate Judge: |
| Defendant | |

**1. I'm filing this motion to notify the court that I've been trying to contact attorney Amanda Sonneborn who was appointed to the case by the court. I've attempted to reach her multiple times but couldn't get her after leaving voicemails.**

**2. I wanted to ask the court if they would consider appointing me someone that has experience in civil rights and excessive force matters.**

**3. I wanted to get a temporary restraining order against the city of Chicago and the Cook County state attorney's office. In retaliation for me filing this civil lawsuit, they indicted the case. In the indictment, they said that I don't have a legal Indiana gun permit, which I do. I've been targeted by them ever since I filed this civil lawsuit. I have attached the indictment to this motion. The city of Chicago already did enough damage to me. My foot is just now healing from the ulcer Chicago police caused.**

**EXHIBIT A. (INDICTMENT)**
**EXHIBIT B. (GUN PERMIT)**
**EXHIBIT C. (ARREST REPORT)**
**EXHIBIT D. (DISMISSAL OF CASE)**

**04/26/22**

*Shedrick B* (signature)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



## ** INFORMATION INDICTMENT RETURN SHEET**

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|---|---|---|---|---|
| 21CR0855901 | 1608041 | Shedrick Bowes-Northern | 001 | 07/07/2021 |

GJ- 777

FBI-887663MB2  SEX:Male  RACE:Black  DOB:11/13/1985
ISB-44454230  Add:141 Moonlight, Matteson, IL 60443
Municipal-20-1119651
CB-19996888  Arrest Agy:CHICAGO POLICE DEPARTMENT
RD/AR-JD374833  Arrest Unit:District 5, Calumet
Arrest Date:09/21/2020

DL State:  DL#:
Hgt:600  Wgt:300
Hair:Black  Eyes:Brown

True Bill  06/23/2021
ASA: Sara Whitecotton

001 AGG UUW/LOADED/NO FCCA/FOID
   720 ILCS 5/24-1.6(a)(1)
   0017785 Class: 4
002 AGG UUW/VEHICLE/LOADED/NO FCCA
   720 ILCS 5/24-1.6(a)(1)
   0017862 Class: 4
003 AGG UUW/VEHICLE/NO FOID
   720 ILCS 5/24-1.6(a)(1)
   0017864 Class: 4
004 AGG UUW/VEHICLE/CM THREAT VIOL
   720 ILCS 5/24-1.6(a)(1)
   0017868 Class: 4

***

LEQ

**EXHIBIT A. (INDICTMENT)**

G.J. NO. 777
GENERAL NO. 21CR0855901

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
MAY 2021

The People of the State of
Illinois
v.

Shedrick Bowes-Northern

INDICTMENT FOR
AGGRAVATED UNLAWFUL USE OF A WEAPON

A. TRUE BILL
Gwen Robinson
Foreman of the Grand Jury

WITNESS
Off. Zaul Quiroz, *6331

ORIGINAL FILE COPY DO NOT REMOVE

Filed 6/25, 2021, Clerk
Bail $

2021 JUN 25 PM 2:07

```
STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )
```

The MAY 2021 Grand Jury of the
Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of the
People of the State of Illinois, upon their oaths present that on or
about September 21, 2020 at and within the County of Cook

Shedrick Bowes-Northern

committed the offense of      AGGRAVATED UNLAWFUL USE OF A WEAPON

in that HE, KNOWINGLY CARRIED ON OR ABOUT HIS PERSON, AT A TIME WHEN NOT
ON HIS LAND OR IN HIS ABODE, LEGAL DWELLING OR FIXED PLACE OF BUSINESS,
OR ON THE LAND OR IN THE LEGAL DWELLING OF ANOTHER PERSON AS AN INVITEE
WITH THAT PERSON'S PERMISSION, ANY PISTOL , REVOLVER, STUN GUN OR TASER
OR OTHER FIREARM, AND THE PISTOL, REVOLVER, OR HANDGUN POSSESSED WAS
UNCASED, LOADED, AND IMMEDIATELY ACCESSIBLE, AND HE HAD NOT BEEN ISSUED A
CURRENTLY VALID LICENSE UNDER THE FIREARM CONCEALED CARRY ACT AT THE TIME
OF THE OFFENSE, AND HE HAD NOT BEEN ISSUED A CURRENTLY VALID FIREARM
OWNER'S IDENTIFICATION CARD AT THE TIME OF THE OFFENSE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(1)/ (3)(A-5)(C) OF
THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED, AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

COUNT NUMBER 1
CASE NUMBER 21CR0855901
CHARGE ID CODE: 0017785

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 21, 2020 at and within the County of Cook

Shedrick Bowes-Northern

committed the offense of      AGGRAVATED UNLAWFUL USE OF A WEAPON

in that HE, KNOWINGLY CARRIED ON OR ABOUT HIS PERSON, WHEN NOT ON HIS LAND OR IN HIS ABODE, LEGAL DWELLING OR FIXED PLACE OF BUSINESS, OR ON THE LAND OR IN THE LEGAL DWELLING OF ANOTHER PERSON AS AN INVITEE WITH THAT PERSON'S PERMISSION, A HANDGUN, PISTOL OR REVOLVER, AND THE HANDGUN, PISTOL OR REVOLVER, POSSESSED WAS UNCASED, LOADED, AND IMMEDIATELY ACCESSIBLE, AND HE HAD NOT BEEN ISSUED A CURRENTLY VALID LICENSE UNDER THE FIREARM CONCEALED CARRY ACT, AT THE TIME OF THE OFFENSE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(1)/(3)(A-5) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED, AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 2
CASE NUMBER 21CR0855901
CHARGE ID CODE: 0017862

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 21, 2020 at and within the County of Cook

Shedrick Bowes-Northern

committed the offense of     AGGRAVATED UNLAWFUL USE OF A WEAPON

in that HE, KNOWINGLY CARRIED ON OR ABOUT HIS PERSON, WHEN NOT ON HIS LAND OR IN HIS ABODE, LEGAL DWELLING OR FIXED PLACE OF BUSINESS, OR ON THE LAND OR IN THE LEGAL DWELLING OF ANOTHER PERSON AS AN INVITEE WITH THAT PERSON'S PERMISSION, A HANDGUN, PISTOL OR REVOLVER, AND HE HAD NOT BEEN ISSUED A CURRENTLY VALID FIREARM OWNER'S IDENTIFICATION CARD AT THE TIME OF THE OFFENSE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(1)/(3)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED, AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 3
CASE NUMBER 21CR0855901
CHARGE ID CODE: 0017864

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 21, 2020 at and within the County of Cook

Shedrick Bowes-Northern

committed the offense of     AGGRAVATED UNLAWFUL USE OF A WEAPON

in that HE, KNOWINGLY CARRIED ON OR ABOUT HIS PERSON, WHEN NOT ON HIS LAND OR IN HIS ABODE, LEGAL DWELLING OR FIXED PLACE OF BUSINESS, OR ON THE LAND OR IN THE LEGAL DWELLING OF ANOTHER PERSON AS AN INVITEE WITH THAT PERSON'S PERMISSION, A HANDGUN, PISTOL OR REVOLVER, AND HE WAS ENGAGED IN THE COMMISSION OR ATTEMPTED COMMISSION OF A MISDEMEANOR INVOLVING THE USE OR THREAT OF VIOLENCE AGAINST THE PERSON OR PROPERTY OF ANOTHER, TO WIT: AGGRAVATED ASSAULT,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(1)/(3)(H) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED, AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 4
CASE NUMBER 21CR0855901
CHARGE ID CODE: 0017868



**STATE OF INDIANA
LICENSE TO CARRY HANDGUN**

Douglas G. Carter, Superintendent, Indiana State Police

License : 2738498
Type: Personal Protection
Issued: 07/31/2020
Expires: Lifetime

SHEDRICK J. NORTHERN
784 FOX RIVER RD
VALPARAISO IN 46385

DOB: 11/13/1985
Sex: MALE
Hair: BALD/UNKNOWN
Eyes: BROWN
Height: 6'02"
Weight: 320

**EXHIBIT B (GUN PERMIT)**

## ARREST REPORTING

### OFFENDER

**Name:** BOWES, Shedrick Joseph Kareem Jebar
**Res:** 784 Fox River Rd
Valparaiso, IN 46385
None
**DOB** 1985
**AGE:** 34 years
**POB:** Illinois
**DLN:** -IL
**ARMED WITH** Handgun

**Beat:** 4100

Male
Black
6' 00"
300 lbs
Brown Eyes
Black Hair
Short Hair Style
Dark Brown Complexion

### INCIDENT

**Arrest Date:** 21 September 2020 18:13
**Location:** 11839 S State St
Chicago, IL 60628
304 - Street
**Holding Facility:** District 005 Male Lockup
**Resisted Arrest?** No

**TRR Completed?** No
**Beat:** 532

**Total No Arrested:** 1
**Dependent Children?** No

**Co-Arrests**
**DCFS Ward?** No

**Assoc Cases**

### CHARGES

| | | | Victim |
|---|---|---|---|
| 1 | Offense As Cited | **720 ILCS 5.0/12-2-C-1** <br> AGG ASSAULT/USE DEADLY WEAPON <br> Class A - Type M | |
| 2 | Offense As Cited | **720 ILCS 5.0/24-1.6-A-2** <br> AGG UUW/PERSON/CM THREAT VIOL <br> Class 4 - Type F | State Of Illinois |

### FELONY REVIEW

**Felony Review:** Approved   21 SEP 2020 20:41   Auguste,   State's Attorneys's Office

### RECOVERED NARCOTICS

NO NARCOTICS RECOVERED

CB #: 19996888

**EXHIBIT C. (ARREST REPORT)**

Print Generated By:   Page 1 of 3   31 DEC 2020 09:52

powered by: CLEAR Technology

## WARRANT

**NO WARRANT IDENTIFIED**

## NON-OFFENDER(S)

### VICTIM AND COMPLAINANT

| | | |
|---|---|---|
| **Name:** | Male | **Injured?** No  **Deceased?** No |
| **Res:** | Black | |
| **Beat:** 832 | **DOB** 1983 | **Hospitalized?** No |
| | **Age:** 36 years | **Treated and Released?** No |
| | **Comments:** | |

### VICTIM AND COMPLAINANT

| | | |
|---|---|---|
| **Name:** STATE OF ILLINOIS | | **Injured?** No  **Deceased?** No |
| | **DOB:** | **Hospitalized?** No |
| | **Age:** | **Treated and Released?** No |
| | **Comments:** | |

## ARRESTEE VEHICLE

**Vehicle:**     **VEHICLE IMPOUNDED:**
2010 Automobile - Chrysler - Town And Country Minivan - Vanette (Minivan / Small Van)
**VIN#:**
**Lic#:** IN
**Color:** Black (Top) / Black (Bottom)
**Inv#:**
**Pound#:**
**Disposition:**

## PROPERTIES

**Confiscated Properties :**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR     BOWES, Shedrick,     NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

# Chicago Police Department - ARREST Report

CB #: 19996888
BOWES, Shedrick

## ARREST REPORTING

**(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)**

**INCIDENT NARRATIVE**

EV/10656. BWC EVENT. IN SUMMARY: IN SUMMARY A/O'S RESPONDED TO A CALL OF A PERSON WITH A GUN CALL AT 11839 S STATE ST. UPON ARRIVAL A/O'S MET WITH OFFENDER WHO RELATED THAT HIS FIREARM WAS INSIDE HIS VEHICLE (2010 BLACK CHRYSLER BEARING IN LICENSE PLATE ▮▮▮▮ AND THAT HE HAS HIS INDIANA CONCEAL CARRY LICENSE. A/O QUIROZ#6331 RECOVERED (1) GLOCK, MODEL/20, SERIAL ▮▮▮▮, BARREL/4 INCH, CALIBER/10MM, TYPE/SEMIT-AUTOMATIC, FINISH/BLUE STEEL (INVENTORY #14777659) WITH UNKNOWN AMOUNT OF LIVE ROUNDS IN THE MAGAZINE FROM THE PASSENGER SEAT IN PLAIN VIEW FROM SAID VEHICLE. A/O QUIROZ#6331 AND A/O SMITH# 19338 BEGAN TO INTERVIEW OFFENDER. A/O GORDILS #8451 MET WITH ▮▮▮▮ (VICTIM AND COMPLAINANT) WHO RELATED TO A/O GORDILS#8451 THAT WHILE HE WAS WAITING TO DROP OFF ▮▮▮▮ WHO IS 2 YEARS OLD, TO ▮▮▮▮ (WITNESS), ▮▮▮▮ (VICTIM AND COMPLAINANT) OBSERVED THE OFFENDER WALKING DOWN THE FRONT STEPS AT THE ABOVE LOCATION. THE OFFENDER RELATED NON-VERBATIM "WHAT THE FUCK ARE YOU DOING HERE" TO THE VICTIM. THE OFFENDER THEN WALKS TO HIS VEHICLE, GRABBED HIS FIREARM, AND WALKED TO THE VICTIM'S VEHICLE AND POINTED THE FIREARM AT ▮▮▮▮ (VICTIM AND COMPLAINANT), REITERATING, "WHAT THE FUCK ARE YOU DOING HERE". THE VICTIM STATED TO THE OFFENDER THAT HE WAS DROPPING OFF ▮▮▮▮ THE OFFENDER THEN RETURNED TO HIS VEHICLE, AND TOSSED HIS FIREARM INSIDE THE VEHICLE ONTO THE PASSENGER SEAT AND CALLED 911. ▮▮▮▮ (WITNESS) AND ▮▮▮▮ (WITNESS) ALSO RELATED TO A/O'S THAT THEY OBSERVED THE OFFENDER WALK TOWARD HIS VEHICLE, GRAB SAID FIREARM, THEN APPROACH THE VICTIM AND POINT HIS GUN AT SAID VICTIM. A/O'S PLACED SHEDRICK NORTHERN(OFFENDER) IN CUSTODY ON SIGNED COMPLAINTS AND TRANSPORTED TO THE 005TH DISTRICT BY BEAT 511. FURTHER INVESTIGATION PER LEADS, OFFENDER DOES NOT HAVE A VALID ILLINOIS CONCEAL CARRY OR FOID CARD. NAME CHECK CLEAR. NOT ON PAROLE OR PROBATION. NOT A POD ARREST. NO INVESTIGATIVE ALERTS. NO GANG CARD. PRISONER PROPERTY: 14777684 AND 14777684. USC: $5.31 ON PERSON. MIRANDA TIME 1911. VIEW CASE REPORT FOR MIRANDA STATEMENTS. WHILE PROCESSING THE OFFENDER, THE OFFENDER RELATED THAT HE DOES NOT FEEL WELL AND THAT HE HAS DIABETES AND HIGH BLOOD PRESSURE. OFFENDER TAKEN TO TRINITY HOSPITAL. TRATED BY DR. LAUREN WISHNE. COURT KEY: V COURT BRANCH: 38-2 COURT DATE:28SEP20.

## COURT INFO

**Desired Court Date:** 28 September 2020
**Branch:** 38-2  727 E 111TH ST - Room
**Court Sgt Handle?** No
**Initial Court Date:** 22 September 2020
**Branch:** CBC-1  2600 S CALIFORNIA - Room100
**Docket #:**

## BOND INFO

**BOND INFORMATION NOT AVAILABLE**

## REPORTING PERSONNEL

**ATTESTING OFFICER:**
I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| | | | |
|---|---|---|---|
| Attesting Officer: | #8451 | GORDILS, J A | 21 SEP 2020 21:51 |

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #8451 | GORDILS, J A | 0566A |
| 2nd Arresting Officer: | #19338 | SMITH, A L | 0566C |

**APPROVING SUPERVISOR:**

| | | | |
|---|---|---|---|
| Approval of Probable Cause: | #325 | KAPA, C J | 21 SEP 2020 22:09 |



## Clerk of the Circuit Court of Cook County

### PEOPLE OF THE STATE OF ILLINOIS

VS                                          NUMBER: 20111965101

**BOWES, SHEDRICK J**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-2-C-1 | MA | AGG ASSAULT/USE DEADLY WEAPON | 9/21/2020 |
| 2 | 720 ILCS 5.0/24-1.6-A-2 | F4 | AGG UUW/PERSON/CM THREAT VIOL | 9/21/2020 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

### EVENTS AND ORDERS OF THE COURT:

**9/22/2020 CASE FILED**

**9/22/2020 DEFENDANT IN CUSTODY**
　NAVARRO, DAVID R.

**9/22/2020 PROBABLE CAUSE TO DETAIN**
　NAVARRO, DAVID R.

**9/22/2020 PUBLIC DEFENDER APPOINTED**
　NAVARRO, DAVID R.

**9/22/2020 DEFENDANT DEMAND FOR TRIAL**
　NAVARRO, DAVID R.

**9/22/2020 PERMISSION TO LEAVE JURISDICTION**
　NAVARRO, DAVID R.

**9/22/2020 SPECIAL CONDITIONS OF BAIL ORDERED**
　NAVARRO, DAVID R.

**9/22/2020 ENTERED AND CONTINUED**
　NAVARRO, DAVID R.

**EXHIBIT D. (DISMISSAL OF CASE)**



# Clerk of the Circuit Court of Cook County

## PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 20111965101

**BOWES, SHEDRICK J**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**9/23/2020 DEFENDANT RELEASED ON CASH OR DEPOSIT BOND**

**9/30/2020 DEFENDANT NOT IN COURT**
 SULLIVAN, LAURA MARIE

**11/20/2020 DEFENDANT DEMAND FOR TRIAL**
 SULLIVAN, LAURA MARIE

**1/8/2021 DEFENDANT DEMAND FOR TRIAL**
 SULLIVAN, LAURA MARIE

**1/29/2021 MOTION TO DISMISS CHARGES - FILED**

**2/1/2021 DEFENDANT DEMAND FOR TRIAL**
 GONZALEZ, PETER M

**2/5/2021 APPEARANCE FILED**
 MESCALL, REGINA A.

**2/5/2021 CASH BOND REFUND TO ATTORNEY**
 MESCALL, REGINA A.

**HEARINGS**

| Date | Time | Type | Location |
|---|---|---|---|
| 9/22/2020 | 1:30 PM | Bond Hearing | Branch 1, Room 100 |
| 9/30/2020 | 9:00 AM | Motion State | Branch 38/Room 2 |
| 11/20/2020 | 9:00 AM | Motion Defendant | Branch 38/Room 2 |
| 1/8/2021 | 9:00 AM | Motion State | Branch 38/Room 2 |
| 2/1/2021 | 9:00 AM | Motion State | Branch 38/Room 2 |
| 2/5/2021 | 9:00 AM | Motion State | Branch 38/Room 2 |



# PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 20111965101

BOWES, SHEDRICK J

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 2/10/2021 | 9:00 AM Case Advanced | Branch 38/Room 2 |
| 2/22/2021 | 9:00 AM Motion Defendant | Branch 38/Room 2 |
| 3/24/2021 | 9:00 AM Order of Court | Branch 38/Room 2 |

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

| | | |
|---|---|---|
| 1 | 2/5/2021 | NOLLE PROSEQUI |
| 2 | 2/5/2021 | NOLLE PROSEQUI |

**Sentence (Credit):**



## Clerk of the Circuit Court of Cook County

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 20111965101

BOWES, SHEDRICK J

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

Date: 2/25/2021

_____
IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

