IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEDRICK BOWES-NORTHERN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CHICAGO, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-03351<br><br>Hon. Charles R. Norgle |

## ORDER

The Court has received Plaintiff's motion filed 4/26/22, with various attachments, notifying the Court of his attempts to contact his recently appointed counsel. The clerk is ordered to send copy of Plaintiff's motion [79] to all counsel of record. Telephonic status hearing set for 5/10/22 at 10:30 a.m. Please dial (888) 684-8852, access code 8119065, to participate in the hearing.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 26, 2022