# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHEDRICK BOWES-NORTHERN | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21 cv 3351 |
| | ) | |
| v. | ) | Judge Chargles R. Norgle, Sr. |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED WITHDRAWAL OF MOTION FOR RETURN OF FIREARM

On July 21, 2021, Plaintiff Shedrick Bowes-Northern ("**Plaintiff**"), while proceeding pro se, filed a motion "to receive property that was seized from me when I was wrongfully arrested by Chicago Police department" regarding his registered gun that the Chicago Police Department had taken into inventory. Motion, ECF No. 25 ("**Motion for Return of Firearm**").

The undersigned, having had an opportunity to review the Motion for Return of Firearm with Plaintiff, submits this Notice of Withdrawal of Motion for Return of Firearm, ECF No. 25 on behalf of Plaintiff. Defendants agree to the withdrawal of the Motion for Return of Firearm.

Accordingly, Plaintiff respectfully requests that the Court terminate the Motion for Return of Firearm at ECF No. 25.

Dated: June 10, 2022

| | |
|---|---|
| **CITY OF CHICAGO, DEPARTMENT OF LAW, FEDERAL CIVIL RIGHTS LITIGATION DIVISION** | **KING & SPALDING LLP** |

/s/ *Maxwell Evan Lisy*
MAXWELL EVAN LISY
Assistant Corporation Counsel

2 N. LaSalle St., Ste. 420
Chicago, Illinois 60602
(312) 742-0305
Maxwell.lisy@cityofchicago.org

*Attorney for Defendant City of Chicago*

/s/ *Emily Rachel Bammel*
EMILY RACHEL BAMMEL
Assistant Corporation Counsel

2 N. LaSalle St., Ste. 420
Chicago, Illinois 60602
(312) 744-3982
Emily.bammel3@cityofchicago.org

*Attorney for Defendants Gordils, Quiroz, Smith, Drew, and Pierce*

/s/ *Jalise Burt*
JALISE BURT
Associate

1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2168
jburt@kslaw.com

Amanda Sonneborn
Partner
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
(312) 764-6940
asonneborn@kslaw.com

*Attorneys for Plaintiff Shedrick Bowes-Northern*

SO ORDERED

this 14th day of June, 2022

_____
**The Honorable Charles R. Norgle**
U.S. District Court Judge
Northern District of Illinois