
FILED
10/28/2022
LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHEDRICK BOWES-NORTHERN

　　　Plaintiff,

　　v.

CITY OF CHICAGO, et al.,

　　　Defendants.

Case No. 1:21-CV-03351

Honorable Judge Virginia Kendall

**MOTION FOR NEW COUNCIL AND CAUSE:**

# SEE ATTACHMENTS

Plaintiff SHEDRICK BOWES-NORTHERN is filing this motion requesting that King & Spalding's Global Human Capital and Compliance practice, attorney Amanda Sonneborn, Jalise Burt, and Andrew Cockroft withdraw from the listed above. At the time when Judge Mr. Charles Norgil appointed Ms. Sonneborn, it was hard to get in contact with her. I attempted to contact her on numerous occasions. On April 26, 2022, I filed a motion to inform the Court that I tried to contact Ms. Sonneborn but couldn't reach her via email or phone. Ms. Sonneborn told me she needed to see if she could represent me due to a conflict of interest. Ms. Sonneborn's Father once worked as an attorney for the City of Chicago's internal affairs division. The City of Chicago is the main defendant in this federal civil matter. I don't feel comfortable moving forward in this matter with the appointed council. For the following reasons listed below:

1. Plaintiff requested that Ms. Sonneborn, Ms. Burt, and Mr. Cockroft file a motion to bring attention to the due process violations, malicious prosecution, abuse of power, and perjury committed by the City of Chicago, Cook County state attorneys, and Cook County Circuit court Judges. Plaintiff sent Ms. Sonneborn evidence of all the pleadings stated below. Ms. Sonneborn told Plaintiff that the law firm was only appointed to represent the civil matter. Defendants City Of Chicago, Tracy Drew, Joel Gordils, Kory Pierce, Zaul Quiroz, and Anathea Smith's attorney Lisy Maxwell filed a motion to stay on 08/17/22. On 08/22/22, Plaintiff filed an emergency motion to make the Court aware of the retaliatory misconduct that Cook County State attorneys and Judges committed. On 08/22/22, retired Judge Charles Norgil responded to emergency motions and stated that before the Court is, Plaintiff's attempted emergency motions for temporary restraining orders 99, 100. The Court will not entertain these motions because the Court has appointed counsel for Plaintiff. This order brings the motions to Plaintiffs counsel's attention for further action.

   Plaintiff informed his appointed counsel about federal crimes and his constitutional rights being violated in retaliation for him practicing his constitutional rights by filing a lawsuit. Ms. Sonneborn rejected my request. Despite evidence of perjury, malicious prosecution, intimidation, harassment, retaliatory actions, and other State and federal laws being violated. The ulcer on the bottom of Plaintiff's foot has opened back up. Plaintiff tested positive for MRSA and Enterococcus faecalis. Both bacteria can spread in Plaintiff's body, potentially causing her even death.



2.  Cook County state attorney Emily Leuin allegedly indicted the case because Plaintiff didn't have a gun card. Ms. Leuin, Ms. WhiteCotton, and Ms. Augustus, the City of Chicago, arresting officers Tracy Drew, Joel Gordils, Kory Pierce, Zaul Quiroz, and Anathea Smith all were aware of Plaintiff Indiana's valid conceal and carry permit. Plaintiff doesn't believe that indictment is official due to multiple FOIA requests to show proof of service. Ms. Leuin said she allegedly indicted the case because I didn't have a valid gun permit, which wasn't true—proven that she indicted to harass Plaintiff further.



3.  In People v. Aguilar, 2013 IL 112116, the State's high Court unanimously struck down section 24-1.6(a)(1), (a)(3)(A) of Illinois aggravated unlawful use of weapons statute, holding that the Law violates the right to keep and bear arms guaranteed by the Second Amendment to the U.S. Constitution. Justice Robert R. Thomas wrote in Aguilar that a review of all three prior federal court decisions reveals that the right to bear arms extends beyond the walls of one's home. In Heller and McDonald, the courts discussed the right to bear arms not only within a home but also for purposes of self-defense. You can't enhance a charge under the unconstitutional statute" in current or future cases. Ms. Leuin added more charges to the alleged indictment. I don't believe the indictment is official, and if it is accurate. If the indictment is actual, state attorney Ms. WhiteCotton and City of Chicago officer Mr. Quiroz committed perjury and abuse of power perjury and abuse of power.

4.  Ms. Sonneborn has political ties with the City of Chicago. I'm deciding to terminate and ask this Court for her to release all evidence, material, and everything in their possession to whomever this Court appoints. Cook County Government has a history of corruption. I don't believe that they believe the Law applies to them. It's only one way to find out. I warned them that George Soros's Wealth wasn't gone save them. But they ignored the warnings. They believe they're

above the constitution and their untouchable. I learned that fairness, Justice, equality, and righteousness don't have a color. Politicians abuse their powers when elected by the people. We think cause someone is the same color as us, they are for us. I found out the hard way concerning that way of thinking. The only authority Cook County Government respect is the federal authority when they are about to be put in federal custody. I sent them plenty of emails warning them about God's punishment and bible verses about corruption. It's advice that they ignored—taking my peace, freedom, liberty, and rights as a political joke. Many ex-Cook County state attorneys will testify against her and other state attorneys' collateral judicial scams against the leaders of God's 12 chosen tribes, the tribe of Judah. The one's that Mr. Soros and his descendants claim to be but are not. They hate the son of God. That's disrespectful for them to continue to disrespect the children of Israel. Mr. Soros and his New World Order agenda is a fantasy. That's what they would like to happen. God's new World order is the transition of power to his Jewelry, the tribe of Judah, better known as African Americans, Negros, or blacks. **Jeremiah 30:7-11 7 In all history, there has never been such a time of terror. It will be a time of trouble for my people Israel. Yet in the end they will be saved! For in that day," says the Lord of Heaven's Armies, "I will break the yoke from their necks and snap their chains. Foreigners will no longer be their masters. For my people will serve the Lord their God and their king descended from David the king I will raise up for them. "So do not be afraid, Jacob, my servant; do not be dismayed, Israel," says the Lord. "For I will bring you home again from distant lands, and your children will return from their exile. Israel will return to a life of peace and quiet, and no one will terrorize them. For I am with you and will save you," says the Lord. "I will completely destroy the nations where I have scattered you, but I will not completely destroy you. I will discipline you, but with Justice; I cannot let you go unpunished."**



5. **Ms. Sonneborn didn't take my wishes into consideration. Which lead me to file a motion Asking this Court for a TRO against the defendants. Ms. Sonneborn and the attorneys that she assigned to me are aware of Chicago police misconduct and the state attorney's criminal constitutional violations. They failed to report or file a motion.**

6. **Ms. Sonneborn knows the legal system and laws. This is my life and not theirs. Everyone goes home to their families at night. While my foot is in jeopardy of being cut off due to the ulcer reopening on the bottom of my foot. I don't have finances or time to waste concerning my health. The Cook County government and the City of Chicago have done enough damage to humiliate me. I'm not scared of threats of a warrant from an illegal indictment. Cook County Circuit Court Judge Arthur W. Willis, an Elder serving at St. John's Evangelical Lutheran Church, Country Club Hills, continues to harass, blackmail, and threaten me. It's sad how politicians use the church for votes, but not one has defended the word of God being taught in schools and prayer being restored. That's selfish**

7. **Lawyers that practice law in the State of Illinois oath. According to the Preamble: A lawyer, as a member of the legal profession, is a representative of clients, an officer of the legal system and a public citizen having special responsibility for the quality of Justice.**

8. Cook County state attorneys Sara Whitecotton, Emily Leuin, and Maria Augustus committed official misconduct by performing acts that Law forbids. Ms. Leuin committed malicious prosecution by continuing to prosecute a case against me with vindictiveness. Ms. Whitecotton allowed Chicago police officer Zaul Quiroz to lie under oath. Ms. Whitecotton didn't present the order of protection that I had against Stephen Smith. Ms. Augustus thought it was funny how they used malicious prosecution tactics against me. Mr. Soros's influence on the department of Justice and Federal Bureau corporation is unconstitutional.

I don't understand how Black Lives Matter, Antifa, and other organizations didn't receive indictments or get raided. Don't worry about it. God is about to restore Law and order. No more hidden, Mr. Soros. America allowed the Jewish descendants to come over to land my ancestors built and use Adolf Hitler and J Edgar Hoover's tactics against the leader of God's chosen people, the tribe of Judah. To gain power, influence, and Wealth. The United States of America Corporation hire the FBI, DEA, and Department of Justice to protect their assets and investments. But God has already declared Edom's punishment. When the election was rigged and stolen, that was a smack in the face to all my ancestors and other different nationality of races that fought and died for voting rights. We got our own Holocaust in America. It's called 400 years of slavery. The whole world owes us reparations. 1 JOHN 4:1-6 Dear friends, do not believe everyone who claims to speak by the Spirit. You must test them to see if the Spirit they have comes from God, for there are many false prophets in the world. This is how we know if they have the Spirit of God: If a person claiming to be a prophet acknowledges that Jesus Christ came in a real body, that person has the Spirit of God. But if someone claims to be a prophet and does not acknowledge the truth about Jesus, that person is not from God. Such a person has the Spirit of the Antichrist, which you heard is coming into the world and indeed is already here.

George Soros Or JB Pritkler aren't followers of Jesus Christ. They both hate Jesus and his descendants. Mr. Pritkler campaigns at buildings the church gathers to praise God's son Jesus Christ to gather votes. None of the churches have asked him to place prayers and Bible lessons back into the education system and Illinois Government. It's all for political power. God is upset that his people are allowing those that hate his son to conquer his people. How can they call themselves disciples of Jesus, my Lord, and Savior but invite those that hate him into their churches where they worship him? Everyone is blind to the antichrist agenda. Do Americans not see this as an attack on the followers of Jesus Christ and his bloodline, the tribe of Judah? I rebuke all plans, plots, tricks, and plans you have satin. You have no authority over the powers of Jesus. Lord Jesus, let your supernatural power be with your followers on Earth that's being attacked by those who hate you and pretend to be from your bloodline.

Send your warring angels to fight on our behalf. Keep us safe from every manner of trap that the enemy has set before us. Strengthen our faith so we may keep standing in your word, which is the truth. Give us supernatural strength to keep going even when we're weak, and our enemies surround us. Make us bold like a lion so we can fight all spiritual battles. Give your disciples the knowledge, wisdom, understanding, insight, and all the tools to fight the good battle of faith and truth against our enemies listed in Psalms 93. I decree Psalms 91 over the children of the God of Israel worldwide. Lord, according to your word, your children from the tribe of Judah have completed our 400 years of Deuteronomy curses. In Jesus' Name, we believe and pray, Amen.



9. According to the Illinois Rules of professional conduct, lawyers have a duty to report judicial misconduct and criminal violations. Rule 8.3. (a) A lawyer who knows that another lawyer has committed a violation of Rule 8.4(b) or Rule 8.4(c) shall inform the appropriate professional authority. The attorneys appointed to me didn't inform authorities about my federal due process of law rights being violated or the crime that was being committed against me. State attorneys aren't immune when they violate federal laws or commit crimes. (b) A lawyer who knows that a judge has committed a violation of applicable rules of judicial conduct that raises a substantial question as to the Judge's fitness for office shall inform the appropriate authority. Ms.

Sonneborn, Ms. Sonneborn, Ms. Burt, and Mr. Cockroft are aware of multiple federal and State violations. All Judges involved in the alleged indicted case didn't report they're criminal misconduct to the proper authorities.

10. I don't believe that Ms. Sonneborn will pursue my legal actions with zealous representation due to the relationship her Father has with the Chicago police department's internal affairs.

11. Plaintiff request that all files (including all documents, evidence, pleadings, and other materials) be sent to the new attorney that I'm requesting that this Court appoints.

12. Attorney assistant Jalisa Burt, whom Ms. Sonneborn assigned to this matter, stated that Plaintiff doesn't have the right to have the firearm on the seat of his car, which is his property. Ms. Burt lacks sufficient knowledge of the Law. It's my constitutional right to bear arms and protect myself. See 720 ILCS 5/7-1) (from Ch. 38, par. 7-1) Sec. 7-1. Use of force in defense of a person.(a) A person is justified in the use of force against another when and to the extent that he reasonably believes that such conduct is necessary to defend himself or another against such other's imminent use of unlawful force. However, he is justified in the use of force which is intended or likely to cause death or great bodily harm only if he reasonably believes that such force is necessary to prevent imminent death or great bodily harm to himself or another, or the commission of a forcible felony. I was afraid of Stephen Smith that's the reason I filed to get an order of protection before arrest—proving that Mr. Smith and myself have prior incidents where he threatened my life on numerous occasions.

13. I don't believe Ms. Sonneborn has my best interest concerning this matter. This is serious and has caused me damages that I could have the rest of my life. I tested positive for MRSA in the wound that Chicago Police Department caused. I don't have financial assistance to take care of the wound. Defendants are dragging the case purposely. Cook County state attorney office plans to cover up their corruption and federal criminal violations by issuing a retaliatory warrant. Judge Arthur Willis isn't the Judge that's assigned to my case. The Judge assigned is Judge Sophia Atcherson. I don't know why Cook County government officials believe that the blood of children being shed on Chicago streets ain't on their hands.

14. **Ecclesiastes 3:16-17 I also noticed that under the sun, there is evil in the courtroom. Yes, even the courts of Law are corrupt! I said to myself, "In due season God will judge everyone, both good and bad, for all their deeds." Psalm 127:3 Behold, children are a heritage from the Lord, the fruit of the womb a reward**. Abortions are the #1 cause of death for minorities. What if the child that's being carried in the womb was appointed to save one of your children with a medical tool, medicine, or any tool that God created them to create? Would you encourage the mother to get an abortion then? What if the child that's being aborted was appointed to create a medical tool that one day would save one of your children or loved ones? Would you encourage abortion then? I ain't think so. The Bible says to be fruitful and multiple. Life and death are in God's hands. **1 Samual 2:6 The Lord gives both death and life; he brings some down to the grave but raises others up.**



This man went behind an abortion clinic dumpster to take these poor aborted babies, wash them and bury them bc they are not trash, they are human beings!! You libs better never lecture me on children's rights bc I will lose my shit! You libs are animals!

PSALMS 139:13-16
For you created my inmost being; you knit me together in my mother's womb.
I praise you because I am fearfully and wonderfully made; your works are wonderful, I know that full well.
My frame was not hidden from you when I was made in the secret place, when I was woven together in the depths of the earth.
Your eyes saw my unformed body; all the days ordained for me were written in your book before one of them came to be.

MATTHEW 18:5-6 "And anyone who welcomes a little child like this on my behalf is welcoming me. But if you cause one of these little ones who trusts in me to fall into sin, it would be better for you to have a large millstone tied around your neck and be drowned in the depths of the sea.

MATTHEW 18:10 "Beware that you don't look down on any of these little ones. For I tell you that in heaven their angels are always in the presence of my heavenly Father.

Proverbs 13:11 Wealth gained hastily will dwindle, but whoever gathers little by little will increase it.

1 John 2:22 And who is a liar? Anyone who says that Jesus is not the Christ. Anyone who denies the Father and the Son is an antichrist.

1 John 4:3 But if someone claims to be a prophet and does not acknowledge the truth about Jesus, that person is not from God. Such a person has the Spirit of the Antichrist, which you heard is coming into the world and indeed is already here.

2 John 1:7 I say this because many deceivers have gone out into the world. They deny that Jesus Christ came in a real body. Such a person is a deceiver and an antichrist.

Revelation 2:9 "I know about your suffering and your poverty—but you are rich! I know the blasphemy of those opposing you. They say they are Jews, but they are not, because their synagogue belongs to Satan

Revelation 3:9 Look, I will force those who belong to Satan's synagogue—those liars who say they are Jews but are not—to come and bow down at your feet. They will acknowledge that you are the ones I love.

Genesis 15:13-14 Then the Lord said to Abram, "You can be sure that your descendants will be strangers in a foreign land, where they will be oppressed as slaves for 400 years. But I will punish the nation that enslaves them, and in the end they will come away with great Wealth.





My motion for your law firm's withdrawal as counsel will be presented to the Court on 10/27/22. You may attend the hearing on the motion to withdraw if it's a hearing.

If you have any objections to the termination of my representation in this matter, you must file your objections in written form by November 5, 2022, or your objections will be waived. Such objections should be filed with the Northern District of Illinois Federal Court.

Should the motion to withdraw be granted, I'll ask the Court for your lawfirm to give all recordings of meetings, emails, evidence, communications with defendants, and everything that the Judge requests.

Dated: 10/28/22



# Jeremiah 30    New International Version

**Restoration of Israel**

**30** This is the word that came to Jeremiah from the Lord: **2** "This is what the Lord, the God of Israel, says: 'Write in a book all the words I have spoken to you. **3** The days are coming,' declares the Lord, 'when I will bring my people Israel and Judah back from captivity[a] and restore them to the land I gave their ancestors to possess,' says the Lord."

**4** These are the words the Lord spoke concerning Israel and Judah: **5** "This is what the Lord says:

> "'Cries of fear are heard—
>     terror, not peace.
> **6** Ask and see:
>     Can a man bear children?
> Then why do I see every strong man
>     with his hands on his stomach like a woman in labor,
>     every face turned deathly pale?
> **7** How awful that day will be!
>     No other will be like it.
> It will be a time of trouble for Jacob,
>     but he will be saved out of it.
>
> **8** "'In that day,' declares the Lord Almighty,
>     'I will break the yoke off their necks
> and will tear off their bonds;
>     no longer will foreigners enslave them.
> **9** Instead, they will serve the Lord their God
>     and David their king,
>     whom I will raise up for them.
>
> **10** "'So do not be afraid, Jacob my servant;
>     do not be dismayed, Israel,'
>         declares the Lord.

'I will surely save you out of a distant place,
   your descendants from the land of their exile.
Jacob will again have peace and security,
   and no one will make him afraid.
11 I am with you and will save you,'
   declares the Lord.
'Though I completely destroy all the nations
   among which I scatter you,
   I will not completely destroy you.
I will discipline you but only in due measure;
   I will not let you go entirely unpunished.'

12 "This is what the Lord says:

   "'Your wound is incurable,
      your injury beyond healing.
13 There is no one to plead your cause,
      no remedy for your sore,
      no healing for you.
14 All your allies have forgotten you;
      they care nothing for you.
   I have struck you as an enemy would
      and punished you as would the cruel,
   because your guilt is so great
      and your sins so many.
15 Why do you cry out over your wound,
      your pain that has no cure?
   Because of your great guilt and many sins
      I have done these things to you.

16 "'But all who devour you will be devoured;
      all your enemies will go into exile.
   Those who plunder you will be plundered;
      all who make spoil of you I will despoil.
17 But I will restore you to health
      and heal your wounds,'
         declares the Lord,
   'because you are called an outcast,
      Zion for whom no one cares.'

18 "This is what the Lord says:

"'I will restore the fortunes of Jacob's tents
and have compassion on his dwellings;
the city will be rebuilt on her ruins,
and the palace will stand in its proper place.

19    From them will come songs of thanksgiving
and the sound of rejoicing.
I will add to their numbers,
and they will not be decreased;
I will bring them honor,
and they will not be disdained.

20    Their children will be as in days of old,
and their community will be established before me;
I will punish all who oppress them.

21    Their leader will be one of their own;
their ruler will arise from among them.
I will bring him near and he will come close to me—
for who is he who will devote himself
to be close to me?'
declares the Lᴏʀᴅ.

22    "'So you will be my people,
and I will be your God.'"

23    See, the storm of the Lᴏʀᴅ
will burst out in wrath,
a driving wind swirling down
on the heads of the wicked.

24    The fierce anger of the Lᴏʀᴅ will not turn back
until he fully accomplishes
the purposes of his heart.
In days to come
you will understand this.

## Footnotes

a. Jeremiah 30:3 Or *will restore the fortunes of my people Israel and Judah*

‹  Jeremiah 29                                                    Jeremiah 31  ›

## New International Version (NIV)

Holy Bible, New International Version®, NIV® Copyright ©1973, 1978, 1984, 2011 by
Biblica, Inc.® Used by permission. All rights reserved worldwide.

# Obadiah    New International Version

## Obadiah's Vision

**1** The vision of Obadiah.

This is what the Sovereign Lᴏʀᴅ says about Edom—

> We have heard a message from the Lᴏʀᴅ:
>> An envoy was sent to the nations to say,
> "Rise, let us go against her for battle"—

**2**    "See, I will make you small among the nations;
>> you will be utterly despised.
**3**    The pride of your heart has deceived you,
>> you who live in the clefts of the rocks[a]
>> and make your home on the heights,
> you who say to yourself,
>> 'Who can bring me down to the ground?'
**4**    Though you soar like the eagle
>> and make your nest among the stars,
>> from there I will bring you down,"
>>> declares the Lᴏʀᴅ.
**5**    "If thieves came to you,
>> if robbers in the night—
> oh, what a disaster awaits you!—
>> would they not steal only as much as they wanted?
> If grape pickers came to you,
>> would they not leave a few grapes?
**6**    But how Esau will be ransacked,
>> his hidden treasures pillaged!
**7**    All your allies will force you to the border;
>> your friends will deceive and overpower you;
> those who eat your bread will set a trap for you,[b]
>> but you will not detect it.

8  "In that day," declares the LORD,
   "will I not destroy the wise men of Edom,
   those of understanding in the mountains of Esau?
9  Your warriors, Teman, will be terrified,
   and everyone in Esau's mountains
   will be cut down in the slaughter.
10 Because of the violence against your brother Jacob,
   you will be covered with shame;
   you will be destroyed forever.
11 On the day you stood aloof
   while strangers carried off his wealth
   and foreigners entered his gates
   and cast lots for Jerusalem,
   you were like one of them.
12 You should not gloat over your brother
   in the day of his misfortune,
   nor rejoice over the people of Judah
   in the day of their destruction,
   nor boast so much
   in the day of their trouble.
13 You should not march through the gates of my people
   in the day of their disaster,
   nor gloat over them in their calamity
   in the day of their disaster,
   nor seize their wealth
   in the day of their disaster.
14 You should not wait at the crossroads
   to cut down their fugitives,
   nor hand over their survivors
   in the day of their trouble.

15 "The day of the LORD is near
   for all nations.
   As you have done, it will be done to you;
   your deeds will return upon your own head.
16 Just as you drank on my holy hill,
   so all the nations will drink continually;
   they will drink and drink
   and be as if they had never been.
17 But on Mount Zion will be deliverance;
   it will be holy,

> and Jacob will possess his inheritance.
>
> 18 Jacob will be a fire
>     and Joseph a flame;
> Esau will be stubble,
>     and they will set him on fire and destroy him.
> There will be no survivors
>     from Esau."
>         The Lᴏʀᴅ has spoken.
>
> 19 People from the Negev will occupy
>     the mountains of Esau,
> and people from the foothills will possess
>     the land of the Philistines.
> They will occupy the fields of Ephraim and Samaria,
>     and Benjamin will possess Gilead.
> 20 This company of Israelite exiles who are in Canaan
>     will possess the land as far as Zarephath;
> the exiles from Jerusalem who are in Sepharad
>     will possess the towns of the Negev.
> 21 Deliverers will go up on[c] Mount Zion
>     to govern the mountains of Esau.
>     And the kingdom will be the Lᴏʀᴅ's.

## Footnotes

a. Obadiah 1:3 Or *of Sela*
b. Obadiah 1:7 The meaning of the Hebrew for this clause is uncertain.
c. Obadiah 1:21 Or *from*

‹ Amos 9                                                                        Jonah 1 ›

**New International Version** (NIV)

Holy Bible, New International Version®, NIV® Copyright ©1973, 1978, 1984, 2011 by Biblica, Inc.® Used by permission. All rights reserved worldwide.



Your bloodline depends on whatever your father's bloodline is. If your father's lineage is from the tribe of Judah, then that's what your genealogy is. Adam and Eve were the first humans created. In Genesis 1:26, it says Then God said, "Let us make human beings in our image, to be like us. They will reign over the fish in the sea, the birds in the sky, the livestock, all the wild animals on the Earth, and the small animals that scurry along the ground." Meaning that God, Jesus his son, and the holy spirit created Man and Woman in their image. God caused Adam to fall into a deep sleep. While Adam was asleep, God removed one of his ribs and closed up the opening. Then God created Eve. The First Woman made on Earth. Adam said, "This one is bone from my bone and flesh from my flesh! And then Adam said that Eve would be called Woman because she was taken from man.

God flooded everything on Earth but found that Noah and his sons Shem, Ham, and Japheth were righteous. Noah built a boat to survive the flood. Shem, Ham, and Japheth are where all humans came from after the flood. Terah was Abraham's father, Abraham was Isaac's father, Isaac was Jacob's father whom God renamed Israel, which is where the name Israel comes from, and Israel was the father of the Judah and the children of Israel. Judah had sex with Tamar, his daughter-in-law, after God killed Judah's wicked son Er. Tamar dressed up as a prostitute and covered her face for Judah wouldn't notice her. Judah promised Tamar a young goat to have sex with her. Tamar became pregnant with twins named Perez and Zerah, today's Judeans, better known as African Americans, Negros, or Blacks. The same tribe that King David, Solomon, Joseph, and Jesus Christ, the Messiah, lineage is from.

The Bible breaks down Jesus, the Messiah's DNA and bloodline in Matthew 1:1-16. This scripture list all of Jesus's ancestral genealogy from Abraham, Isaac, Jacob, King David, and Joseph. Joseph was an Israelite with two sons named Manasseh and Ephraim by an Egyptian woman named Asenath, the daughter of Potiphera. Manasseh and Ephraim had their tribes which were Cubans and Puerto Ricans originated from. In Exodus 1, the separate Bible Hebrew and Egyptian Woman.

The new Pharaoh was trying to stop the bloodline of Israelites by telling the Hebrew midwives to kill all the boys born at birth, but they didn't obey him. That's how you know that the child's DNA depends on the father and not the mother. If it did, Manasseh and Ephraim would be descendants of Egyptians and not Israel with their tribes. So when the Bible first introduces Jesus, they break down his father's ancestorial bloodline and DNA. That's why it's called his story.

**Matthew 1:1-16** This is a record of the ancestors of Jesus the Messiah, a descendant of David and of Abraham: Abraham was the father of Isaac. Isaac was the father of Jacob. Jacob was the father of Judah and his brothers. Judah was the father of Perez and Zerah (whose mother was Tamar). Perez was the father of Hezron. Hezron was the father of Ram. Ram was the father of Amminadab. Amminadab was the father of Nahshon. Nahshon was the father of Salmon.

Salmon was the father of Boaz (whose mother was Rahab). Boaz was the father of Obed (whose mother was Ruth). Obed was the father of Jesse. Jesse was the father of King David. David was the father of Solomon (whose mother was Bathsheba, the widow of Uriah). Solomon was the father of Rehoboam. Rehoboam was the father of Abijah. Abijah was the father of Asa. Asa was the father of Jehoshaphat. Jehoshaphat was the father of Jehoram. Jehoram was the father of Uzziah. Uzziah was the father of Jotham. Jotham was the father of Ahaz. Ahaz was the father of Hezekiah. Hezekiah was the father of Manasseh. Manasseh was the father of Amon. Amon was the father of Josiah. Josiah was the father of Jehoiachin and his brothers (born at the time of the exile to Babylon). After the Babylonian exile: Jehoiachin was the father of Shealtiel. Shealtiel was the father of Zerubbabel. Zerubbabel was the father of Abiud. Abiud was the father of Eliakim. Eliakim was the father of Azor. Azor was the father of Zadok. Zadok was the father of Akim. Akim was the father of Eliud. Eliud was the father of Eleazar. Eleazar was the father of Matthan. Matthan was the father of Jacob. Jacob was the father of Joseph, the husband of Mary. Mary gave birth to Jesus, who is called the Messiah.



**Genesis 2:21-23** So the LORD God caused the man to fall into a deep sleep. While the man slept, the LORD God took out one of the man's ribs and closed up the opening. Then the LORD God made a woman from the rib, and he brought her to the man. "At last!" the man exclaimed. "This one is bone from my bone, and flesh from my flesh! She will be called 'woman, 'because she was taken from 'man.'"



The vaccine that they think they are going to inject into us is to alter the DNA and bloodline of Judah and Israel. Israel's enemies tried to whip out the genealogy of Israel before, which is in Psalms 83. The new world order is to destroy the bloodline of Jesus Christ, but God's new world order is for the tribe of Judah and Israel to take over the world. The Israelites are scattered all over the world. They will not give the Hebrew-Israelite women the vaccine to alter their DNA and bloodline because their DNA is whatever the man's DNA is. In the vaccine, one of the main ingredients is aborted babies. The United States has listed that if the vaccine kills you or has side effects, you can't sue them. If it were safe and they had confidence about the vaccine, they wouldn't have a disclosure blocking citizens from suing side effects and deaths. That's why the numbers are going up in black communities for them to manipulate and blackmail us into receiving the vaccine.

Bill Gates build a chip called the COVI-PASS that would tell if you got the vaccine and if you've been tested for COVID. You will need this to board flights, public transportation, go into public places, get money out of the bank, etc. They are trying to force the bloodline of Jesus to get the vaccine to weaken our population and alter our DNA. That's their plan, not God's plans for the children of Israel. So Israel 400 years of punishment is over, according to the bible 2019. Our sentence of 400 years of Deuteronomy curses served. We are free.

<mark>Psalms 83:1-8</mark> O God, do not be silent! Do not be deaf. Do not be quiet, O God.
Don't you hear the uproar of your enemies? Don't you see that your arrogant enemies are rising up? They devise crafty schemes against your people; they conspire against your precious ones. "Come," they say, "let us wipe out Israel as a nation. We will destroy the very memory of its existence." Yes, this was their unanimous decision. They signed a treaty as allies against you—these Edomites and Ishmaelites; Moabites and Hagrites; Gebalites, Ammonites, and Amalekites; and people from Philistia and Tyre. Assyria has joined them, too, and is allied with the descendants of Lot.



WE ARE THE BLOODLINE OF JESUS THE MESSIAH:

