

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

SHEDRICK BOWES-NORTHERN,

Plaintiff,

v.

CITY OF CHICAGO, et al.,

Defendants.

Case No. 1:21-CV-3351

**REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: Clerk of the Court

Cook County Circuit Court, Domestic Violence Division

DV Courthouse

555 W. Harrison St.

Chicago, Illinois 60607

(312) 325-9000

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Shedrick Bowes-Northern hereby requests that the following documents be produced by the Cook County Circuit Court, Domestic Violence Division, and that these documents be served on the Plaintiff via email at shedrickchildren@gmail.com within 30 days of service of this request, in accordance with the Federal Rules of Civil Procedure.

**DOCUMENTS REQUESTED**:

1. **Email Correspondence**:

- All email correspondence from Star A. Mix (Circuit Court) <samix@cookcountycourt.com> via cookcounty.onmicrosoft.com, specifically the email sent on September 21, 2020, at 2:04 PM, to "JOPLUGGAENT@gmail.com" and "BIRDSANDBRIKS1@mail.com," regarding the Order of Protection.

2. **Court Transcripts**:

- The official transcript of the Domestic Violence Court of Cook County proceedings on September 11, 2020, particularly sections indicating the service of the Order of Protection to Stephen Smith in open court.

3. **Order of Protection**:

- A copy of the Order of Protection Number 20 OP 74452, as it was emailed on September 21, 2020, by Star A. Mix, including all attachments and accompanying documentation.

**REASON FOR REQUEST**:

These documents are crucial for supporting the Plaintiff's claims in the ongoing federal case, particularly demonstrating the awareness and violation of the Order of Protection by Stephen Smith, and establishing the Plaintiff's legitimate and urgent reasons for being at 11839 S State Chicago, IL 60428 Street.

**MODE OF DELIVERY**:

Please deliver the requested documents electronically via email to shedrickchildren@gmail.com.

**DATED**: 12/09/23

Shedrick Northern aka Shedrick Bowes-Northern
Plaintiff, Pro Se
1101 Cumberland Crossing Dr #202
Valparaiso, IN 46383
708-541-8315
shedrickchildren@gmail.com